# Exhibit A

**Gray Ice Higdon, PLLC**

3939 Shelbyville Rd Ste 201
Louisville, KY  40207
+1 5026252792



# INVOICE

| BILL TO | | | | INVOICE | 10266 |
|---|---|---|---|---|---|
| Elizabeth Woodward, Bankruptcy Trustee | | | | DATE | 12/08/2023 |
| Attn: Elizabeth Woodward | | | | TERMS | Net 30 |
| Re: Estate of Human Housing Henrietta Hyatt, LLC | | | | DUE DATE | 01/07/2024 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | ====== Services | | | |
| 04/17/2023 | LAJ: Drafted application to authorize case trustee to employee GIH, Affidavit of A. Stosberg, and Proposed Order | 1.60 | 215.00 | 344.00 |
| 04/17/2023 | ADS: Assist trustee with due diligence on properties and potential sale listing agents | 2.50 | 425.00 | 1,062.50 |
| 04/17/2023 | ADS: Review, and revise initial draft of application to employ Gray Ice and supporting documents prepared by L. Johnson | 1.30 | 425.00 | 552.50 |
| 04/18/2023 | LAJ: Revise application to employ, proposed order, and affidavit with final notes for approval for filing | 0.50 | 215.00 | 107.50 |
| 04/18/2023 | ADS: Attention to e-mail from E. Woodward re: GIH employment application and review and revise draft of application | 0.30 | 425.00 | 127.50 |
| 04/18/2023 | ADS: Perform additional diligence on potential real property brokers, agents and auctioneer options | 0.60 | 425.00 | 255.00 |
| 04/21/2023 | ADS: Prepare for and participate in video conference with E. Woodward and potential real estate agent candidate to assist with the sale of the debtor's properties as contemplated under the confirmed chapter 11 plan | 0.80 | 425.00 | 340.00 |
| 04/21/2023 | ADS: Call with E. Woodward re: potential real estate agent candidates for the marketing and sale of debtor's real properties | 0.20 | 425.00 | 85.00 |
| 04/21/2023 | ADS: Review and revise draft of application to employ Gray Ice and attachments thereto | 0.60 | 425.00 | 255.00 |
| 04/21/2023 | LAJ: Finalize application to employ, proposed order, and affidavit | 0.60 | 215.00 | 129.00 |
| 04/24/2023 | LAJ: Attention to work on and address mailing/service issues for application to employ | 0.80 | 215.00 | 172.00 |
| 04/24/2023 | ADS: Perform further diligence on potential property brokers and property sale options | 0.50 | 425.00 | 212.50 |
| 04/26/2023 | ADS: Prepare for and participate in video conference with real estate broker candidate and E. Woodward | 0.70 | 425.00 | 297.50 |
| 04/26/2023 | ADS: Communcations with E. Woodward re: various real property marketing and disposition issues | 0.50 | 425.00 | 212.50 |

EIN: 88-4330476

Please note: A 3% surcharge fee will be applied to all credit card payments.

| | | | | |
|---|---|---|---|---|
| 04/26/2023 | ADS: Communicate with potential real property buyer representative | 0.30 | 425.00 | 127.50 |
| 05/08/2023 | ADS: Call with E. Woodward re: property marketing and broker-related issues | 0.30 | 425.00 | 127.50 |
| 05/08/2023 | ADS: Prepare e-mail to debtor's counsel re: access to the debtor's properties | 0.10 | 425.00 | 42.50 |
| 05/09/2023 | ADS: Exchange e-mails with E. Woodward re: property access issues | 0.20 | 425.00 | 85.00 |
| 05/10/2023 | ADS: Attention to and address various e-mails from E. Woodward and debtor's counsel re: access to the houses on the debtor's real properties | 0.10 | 425.00 | 42.50 |
| 05/16/2023 | ADS: Communicate with broker/real estate agent candidates re: inspecting the property and preparing property marketing and listing proposals for consideration | 0.50 | 425.00 | 212.50 |
| 05/16/2023 | ADS: Receive and review hearing notice from court on application to employ GIH, and communicate with trustee re: the foregoing | 0.20 | 425.00 | 85.00 |
| 05/18/2023 | ADS: Prepare for bankruptcy court hearing on Gray Ice employment application | 0.50 | 425.00 | 212.50 |
| 05/24/2023 | ADS: Communicate with broker candidate and E. Woodward re: property inspections | 0.20 | 425.00 | 85.00 |
| 05/25/2023 | ADS: Plan and prepare for May 26 strategy call with E. Woodward re: property broker candidate diligence and retention | 0.30 | 425.00 | 127.50 |
| 06/01/2023 | ADS: Attention to and address e-mail from E. Woodward re: broker diligence | 0.10 | 425.00 | 42.50 |
| 06/01/2023 | ADS: Call with broker candidate re: property insurance issues | 0.10 | 425.00 | 42.50 |
| 06/02/2023 | ADS: Prepare for and participate in call with E. Woodward re: various property issues and broker candidates | 0.40 | 425.00 | 170.00 |
| 06/02/2023 | ADS: Call with B. Evans re: debtor property insurance coverage issues | 0.30 | 425.00 | 127.50 |
| 06/05/2023 | ADS: Attention to and work on addressing property insurance issues for the trustee | 0.70 | 425.00 | 297.50 |
| 06/05/2023 | ADS: Assist J. Raff with preparing initial draft of real estae broker application to employ | 0.20 | 425.00 | 85.00 |
| 06/05/2023 | ADS: Attention to and communicate with trustee re: property broker and listing matters | 0.50 | 425.00 | 212.50 |
| 06/05/2023 | JHDR: Begin preparing initial draft of application to employ real estate broker for A. Stosberg | 1.30 | 205.00 | 266.50 |
| 06/06/2023 | JHDR: Complete initial drafts of real estate broker application, order, and affidavit | 1.10 | 205.00 | 225.50 |
| 06/07/2023 | ADS: Review and revise initial drafts of Howe Real Estate employment application documents prepared by J. Raff | 0.60 | 425.00 | 255.00 |
| 06/07/2023 | ADS: Calls with E. Woodward (.1) and insurance broker (.1) re: property insurance matters | 0.20 | 425.00 | 85.00 |

EIN: 88-4330476

Please note: A 3% surcharge fee will be applied to all credit card payments.

Page 2 of 10

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/07/2023 | JHDR: Finalize real estate broker application filings for A. Stosberg | 0.90 | 205.00 | 184.50 |
| 06/08/2023 | ADS: Review and revise drafts of employment application documents for Howe Real Estate | 0.50 | 425.00 | 212.50 |
| 06/13/2023 | ADS: Work with A. Raspberry and L. Johnson to finalize application to employ Howe | 0.60 | 425.00 | 255.00 |
| 06/13/2023 | ADS: Attention to and work with E. Woodward to complete insurance application | 0.40 | 425.00 | 170.00 |
| 06/13/2023 | LAJ: Finalize application to employ with exhibits; prepared service for Matrix recipients | 1.10 | 215.00 | 236.50 |
| 06/15/2023 | ADS: Attention to e-mail from E. Woodward to Debtor's counsel re: property insurance and maintenance | 0.10 | 425.00 | 42.50 |
| 06/19/2023 | ADS: Receive call from third party/creditor re: application to employ Howe, and communicate with L. Johnson re: the foregoing | 0.20 | 425.00 | 85.00 |
| 06/19/2023 | ADS: Attention to and address e-mail from A. Raspberry re: property listing preparation and activity | 0.20 | 425.00 | 85.00 |
| 06/19/2023 | ADS: Prepare e-mail to debtor's counsel re: general client communications | 0.10 | 425.00 | 42.50 |
| 06/20/2023 | ADS: Communicate with A. Raspberry and E. Woodward re: the payment of property maintenance expenses | 0.30 | 425.00 | 127.50 |
| 06/21/2023 | ADS: Attention to and address e-mail from E. Woodward re: property insurance | 0.20 | 425.00 | 85.00 |
| 06/27/2023 | ADS: Attention to and address e-mail from A. Raspberry re: various property sale matters | 0.50 | 425.00 | 212.50 |
| 06/28/2023 | ADS: Attention to and address e-mail from E. Woodward re: Howe's employment application | 0.10 | 425.00 | 42.50 |
| 07/06/2023 | ADS: Attention to and review e-mail and attachments from A. Raspberry re: various property sale matters | 0.30 | 425.00 | 127.50 |
| 07/06/2023 | ADS: Receive and review order approving employment of Howe Residential, and communicate with A. Raspberry re: the foregoing | 0.10 | 425.00 | 42.50 |
| 07/06/2023 | ADS: Communicate with buyer broker prospect and A. Raspberry re: the Property listings and the bankruptcy sale process | 0.70 | 425.00 | 297.50 |
| 07/07/2023 | ADS: Prepare for and participate in call with E. Woodward re: 1601 Shelby Street offer | 0.40 | 425.00 | 170.00 |
| 07/07/2023 | ADS: Review draft of 1601 Shelby Street contract, and prepare e-mail memo to A. Raspberry and E. Woodward with proposed revisions for the foregoing | 0.90 | 425.00 | 382.50 |
| 07/07/2023 | ADS: Attention, consider and address e-mail thread re: C. Clemons' communications with the UST | 0.40 | 425.00 | 170.00 |
| 07/10/2023 | ADS: Prepare initial draft of sale motion for 1601 Shelby Street | 4.50 | 425.00 | 1,912.50 |
| 07/12/2023 | ADS: Attention to revised draft of 1601 Shelby Street property purchase and sale contract and e-mail from A. Raspberry re: | 0.50 | 425.00 | 212.50 |

EIN: 88-4330476

Please note: A 3% surcharge fee will be applied to all credit card payments.

Page 3 of 10

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | the foregoing | | | |
| 07/13/2023 | ADS: Work on finalizing property sale agreement for the Shelby Street property with E. Woodward and A. Raspberry | 0.30 | 425.00 | 127.50 |
| 07/26/2023 | ADS: Call with A. Raspberry re: real property purchase offers | 0.20 | 425.00 | 85.00 |
| 08/01/2023 | ADS: Attention to e-mails from E. Woodward and A. Raspberry re: additional purchase offers for the real properties | 0.20 | 425.00 | 85.00 |
| 08/03/2023 | ADS: Receive and review e-mails re: property offers | 0.10 | 425.00 | 42.50 |
| 08/04/2023 | ADS: Attention to and address e-mail from A. Raspberry re: property offers | 0.20 | 425.00 | 85.00 |
| 08/09/2023 | ADS: Prepare for and participate in call with A. Raspberry re: property purchase offer contract matters | 0.20 | 425.00 | 85.00 |
| 08/10/2023 | ADS: Review drafts of sales agreements for listed properties, and begin working on draft of sale motion(s) for the properties | 4.80 | 425.00 | 2,040.00 |
| 08/11/2023 | ADS: Attention to, consider and address series of e-mails from E. Woodward and A. Raspberry re: the sale agreements for the portfolio of listed properties | 0.40 | 425.00 | 170.00 |
| 08/16/2023 | JMH: Review Kentucky Secretary of State entity information and reinstatement; correspondence with Department of Revenue regarding tax status | 0.40 | 215.00 | 86.00 |
| 08/16/2023 | ADS: Prepare e-mail memo to E. Woodward re: utility issue | 0.30 | 425.00 | 127.50 |
| 08/16/2023 | ADS: Communicate with Acuity Title re: various closing issues relating to the Shelby Street property | 0.40 | 425.00 | 170.00 |
| 08/16/2023 | ADS: Review revised property sale and purchase agreements, and prepare e-mail to A. Raspberry regarding proposed revisions to the foregoing | 0.80 | 425.00 | 340.00 |
| 08/17/2023 | JMH: Correspondences with Kentucky Department of Revenue regarding status and tax returns; review LLC filings | 0.40 | 215.00 | 86.00 |
| 08/18/2023 | ADS: Communicate with judge's courtroom deputy re: expedited motion docket availability for a 363 sale motion | 0.20 | 425.00 | 85.00 |
| 08/18/2023 | ADS: Attention to and address client e-mails concerning entity secretary of state issues | 0.40 | 425.00 | 170.00 |
| 08/18/2023 | ADS: Prepare for and participate in call with G. Grimes re: debtor tax returns | 0.50 | 425.00 | 212.50 |
| 08/18/2023 | ADS: Exchange e-mails with debtor's counsel re: debtor's tax returns | 0.20 | 425.00 | 85.00 |
| 08/18/2023 | ADS: Review and revise initial draft of 363 sale motion | 1 | 425.00 | 425.00 |
| 08/21/2023 | JMH: Review and revise pleading; review vesting deed and title commitment | 0.70 | 215.00 | 150.50 |
| 08/21/2023 | LAJ: Review list of creditors from credit matrix in preparation for filings | 0.20 | 215.00 | 43.00 |
| 08/21/2023 | ADS: Communicate with A. Raspberry re: Howe's compensation and reimbursement of expenses | 0.30 | 425.00 | 127.50 |
| 08/21/2023 | ADS: Prepare initial draft of application to approve compensation and reimbursement of expenses for Howe associated with Shelby Street property sale | 1.40 | 425.00 | 595.00 |

EIN: 88-4330476

Please note: A 3% surcharge fee will be applied to all credit card payments.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/21/2023 | ADS: Complete updated draft of 363 motion and proposed order for the purchase and sale of the Shelby Street property | 1.60 | 425.00 | 680.00 |
| 08/21/2023 | ADS: Communicate with J. Howard re: title issues and information relevant to 363 sale motion for the Shelby Street property | 0.20 | 425.00 | 85.00 |
| 08/21/2023 | ADS: Communicate with Judge's courtroom deputy re: expedited hearing docket availability for the 363 sale motion for the Shelby Street property | 0.20 | 425.00 | 85.00 |
| 08/22/2023 | LAJ: Attention to and address 363 sale motion filing, notice and service issues | 4.20 | 215.00 | 903.00 |
| 08/22/2023 | ADS: Review, revise and finalize draft of sale motion and proposed order for filing | 1.30 | 425.00 | 552.50 |
| 08/22/2023 | ADS: Review revise and work with L. Johnson to finalize draft of application and proposed order to approve interim compensation to Howe | 0.80 | 425.00 | 340.00 |
| 08/22/2023 | ADS: Assist L. Johnson with the preparation and filing of a motion and proposed order for expedited hearing on the 363 sale motion and Howe compensation motion | 0.60 | 425.00 | 255.00 |
| 08/22/2023 | ADS: Attention to and work with L. Johnson to address various notice and motion service issues for the motion for expedited hearing and underlying substantive motions | 0.40 | 425.00 | 170.00 |
| 08/23/2023 | LAJ: Finalize notice and certificate of service of notice of telephonic conference (.3); filed notice and certificate of service (.3); prepared for service of certificate of service and notice (.3); in person to USPS for service (.4 hours) | 1.30 | 215.00 | 279.50 |
| 08/23/2023 | ADS: Attention to and initially address e-mail from D. Albers re: his information limited objection to the Shelby Street Property 363 sale motion | 0.30 | 425.00 | 127.50 |
| 08/23/2023 | ADS: Attention to and address e-mail from T. Ruppel re: the application to pay broker and adding clarifying language specifying "conditioned upon closing" | 0.10 | 425.00 | 42.50 |
| 08/24/2023 | ADS: Communciate with A Shanks at Acuity Title re: Shelby Street transaction issues | 0.30 | 425.00 | 127.50 |
| 08/28/2023 | ADS: Prepare for August 29 expedited sale motion hearing | 2.80 | 425.00 | 1,190.00 |
| 08/28/2023 | LAJ: Follow up on tracking to confirm service to C. Clemons and P. Long | 0.10 | 215.00 | 21.50 |
| 08/29/2023 | ADS: Prepare for and attend telephonic hearing on 363 sale motion for Shelby Street property | 1.60 | 425.00 | 680.00 |
| 08/29/2023 | ADS: Perform and engage in due diligence activities re: proposed real estate purchasers | 1.50 | 425.00 | 637.50 |
| 09/06/2023 | ADS: Receive, review and consider Clearview Eastern corporate documents for due diligence of proposed buyer of the debtor's real property portfolio | 0.40 | 425.00 | 170.00 |
| 09/06/2023 | ADS: Attention to, consider and address e-mail from K. Bell re: the debtor's outstanding and unfiled federal tax returns | 0.10 | 425.00 | 42.50 |
| 09/08/2023 | ADS: Prepare for and participate in call with A. Raspberry re: proposed real property portfolio purchase by Clearview Eastern | 0.40 | 450.00 | 180.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/13/2023 | ADS: Attention to and address e-mail from K. Bell re: motion to compel re: tax return filings | 0.10 | 425.00 | 42.50 |
| 09/13/2023 | ADS: Prepare for and participate in call with Toorak's attorney re: real property sale matters | 0.30 | 425.00 | 127.50 |
| 09/15/2023 | ADS: Prepare for and participate in conference call with E. Woodward and A. Raspberry re: Clearview Eastern Fund contract contingencies and closing issues | 0.90 | 425.00 | 382.50 |
| 09/18/2023 | ADS: Prepare for and participate in series of communications with Clearview Eastern representatives re: the trustee's potential termination of the purchase contracts | 0.80 | 425.00 | 340.00 |
| 09/18/2023 | ADS: Review and consider Clearview Eastern real estate purchase contracts re: termination rights and contingency provisions and prepare notice and demand re: potential termination of contracts | 0.90 | 425.00 | 382.50 |
| 09/19/2023 | ADS: Communications with G. Russell re: Clearview Eastern contested matters | 0.70 | 425.00 | 297.50 |
| 09/19/2023 | AMD: Begin research re: administratively dissolved entities in Kentucky | 0.20 | 275.00 | 55.00 |
| 09/20/2023 | ADS: Communicate with G. Russell re: Clearview Eastern unresolved contract matters | 0.40 | 425.00 | 170.00 |
| 09/20/2023 | AMD: Complete and summarize research for A. Stosberg on administratively dissolved entities in Kentucky | 1 | 275.00 | 275.00 |
| 09/21/2023 | ADS: Prepare for and participate in status/settlement conference call re: unresolved Clearview Eastern contract matters | 2 | 425.00 | 850.00 |
| 09/22/2023 | ADS: Prepare draft of Clearview Eastern settlement proposal e-mail for E. Woodward's review | 0.80 | 425.00 | 340.00 |
| 09/25/2023 | ADS: Review and finalize e-mail settlement offer proposal re: Clearview Eastern contracts matter | 0.40 | 450.00 | 180.00 |
| 09/25/2023 | ADS: Attention to and address e-mail from Clearview Eastern team re: settlement proposal | 0.30 | 425.00 | 127.50 |
| 09/26/2023 | ADS: Prepare initial draft of objection to IRS motion to compel filing of debtor tax returns | 1.80 | 425.00 | 765.00 |
| 09/26/2023 | ADS: Communicate with E. Woodward to finalize draft of objection to IRS motion to compel filing of debtor tax returns | 0.30 | 425.00 | 127.50 |
| 09/26/2023 | ADS: Communicate with various parties in interest re: October 3 hearing continuances | 0.30 | 425.00 | 127.50 |
| 09/27/2023 | ADS: Attention to and address e-mails from G. Russell's office re: motion to continue August 3 hearing | 0.20 | 425.00 | 85.00 |
| 09/29/2023 | ADS: Attention and address October 3 hearing continuance matters | 0.20 | 425.00 | 85.00 |
| 10/02/2023 | ADS: Receive, review and consider Clearview Eastern property purchase contract amendment proposal and supporting documents | 0.50 | 425.00 | 212.50 |
| 10/03/2023 | ADS: Prepare for and participate in video conference with E. Woodward and A. Raspberry re: Clearview Eastern's counter proposal | 0.90 | 425.00 | 382.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/03/2023 | ADS: Attention to and address e-mail from prospective purchaser re: the real property portfolio | 0.20 | 425.00 | 85.00 |
| 10/04/2023 | ADS: Attention to and consider e-mails from A. Raspberry re: prospective back-up third party purchase offers for the properties | 0.20 | 425.00 | 85.00 |
| 10/05/2023 | ADS: Prepare and finalize draft of counteroffer proposal to Clearview Eastern in response to their property purchase contract amendment proposal | 1.80 | 425.00 | 765.00 |
| 10/05/2023 | ADS: Communicate with E. Woodward and A. Raspberry re: Clearview Eastern counterproposal | 0.50 | 425.00 | 212.50 |
| 10/12/2023 | ADS: Attention to and address e-mail from T. Williams re: request for extension of deposit deadline; communicate with A. Raspberry re: the foregoing | 0.20 | 425.00 | 85.00 |
| 10/16/2023 | ADS: Call with A. Raspberry regarding property portfolio offer | 0.20 | 425.00 | 85.00 |
| 10/16/2023 | ADS: Attention to e-mail from B. Carroll from Acuity Title re: 1601 South Shelby Street | 0.10 | 425.00 | 42.50 |
| 10/18/2023 | ADS: Perform initial reviews of and revise proposed property portfolio purchase contracts from Impulse LLC, and prepare e-mail memo to A. Raspberry re: the foregoing | 2.30 | 425.00 | 977.50 |
| 10/18/2023 | ADS: Prepare for and participate in call with G. Russell re: Clearview Eastern's contract deposits | 0.40 | 425.00 | 170.00 |
| 10/18/2023 | ADS: Attention to multiple hearing notices from court rescheduling the November hearing date | 0.10 | 425.00 | 42.50 |
| 10/19/2023 | ADS: Work with A. Raspberry to finalize drafts of counteroffers to Impulse LLC | 0.80 | 425.00 | 340.00 |
| 10/23/2023 | ADS: Receive and review copies of property portfolio sale contracts from A. Raspberry | 0.30 | 425.00 | 127.50 |
| 10/24/2023 | ADS: Begin preparing drafts of 363 sale motions for the purchase of debtor's property portfolio by Impulse LLC | 2.20 | 425.00 | 935.00 |
| 10/30/2023 | ADS: Communicate with attorney D. Albers re: property portfolio outstanding Jefferson County/Louisville Metro liens in favor | 0.30 | 425.00 | 127.50 |
| 10/30/2023 | ADS: Call with A. Raspberry re: the November 6 hearing | 0.20 | 425.00 | 85.00 |
| 10/30/2023 | ADS: Continue working on drafts of Impulse sale motions | 3.20 | 425.00 | 1,360.00 |
| 10/31/2023 | ADS: Calls with A. Raspberry re: various sale motion and sale contract issues | 0.30 | 425.00 | 127.50 |
| 10/31/2023 | ADS: Continue preparing drafts of property portfolio 363 sale motions | 1.50 | 425.00 | 637.50 |
| 10/31/2023 | ADS: Communicate with D. Albers re: various property tax lien issues relating to or affecting the property portfolio and the sale motion | 0.30 | 425.00 | 127.50 |
| 10/31/2023 | JMH: Assist A. Stosberg with preparation and review of 363 sales motions | 4 | 215.00 | 860.00 |
| 11/01/2023 | ADS: Finalize and file section 363 sale motions and proposed orders | 2.20 | 425.00 | 935.00 |

EIN: 88-4330476

Please note: A 3% surcharge fee will be applied to all credit card payments.

Page 7 of 10

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/2023 | ADS: Prepare application and proposed order for approval of commission compensation for trustee's real estate broker, Howe | 1 | 425.00 | 425.00 |
| 11/01/2023 | ADS: Prepare motion and proposed order for expedited hearing on sales motions and Howe compensation | 0.60 | 425.00 | 255.00 |
| 11/01/2023 | ADS: Attention to and help address notice and service issues for November 6 filings | 0.50 | 425.00 | 212.50 |
| 11/01/2023 | LAJ: Finalized 6 motion for sale pleadings, exhibits, and proposed orders; filed the same; finalized application for compensation; filed the same; finalized motion for expedited hearing; filed the same; created sharefile link and served notice upon counsel for Clearview Eastern Fund; processed all fees for filings; correspondence with Judge Stout's clerk regarding motion for expedited hearing | 3.40 | 215.00 | 731.00 |
| 11/01/2023 | JMH: Work on pleadings; correspondences with realtor regarding properties and surveys; review deeds and title documents | 3 | 215.00 | 645.00 |
| 11/02/2023 | ADS: Prepare for and participate in call with T. Ruppel re: the November 6 hearing | 0.20 | 425.00 | 85.00 |
| 11/02/2023 | ADS: Call with E. Woodward re: the November 6 hearing | 0.20 | 425.00 | 85.00 |
| 11/02/2023 | ADS: Call with Tootak's attorney re: the November 6 hearing | 0.20 | 425.00 | 85.00 |
| 11/02/2023 | ADS: Attention to and communicate with J. Howard re: 1601 Shelby Street property description issue | 0.30 | 425.00 | 127.50 |
| 11/02/2023 | ADS: Call to G. Russell re: the November 6 hearing | 0.10 | 425.00 | 42.50 |
| 11/02/2023 | ADS: Attention to court filings re: the November 6 hearing, and communicate with L. Johnson re: addressing notice and service tasks and issues for the November 6 hearing | 0.60 | 425.00 | 255.00 |
| 11/02/2023 | LAJ: Correspondence with A. Ohlman in Judge Stout's courtroom regarding Motion for Expediated Hearing | 0.10 | 215.00 | 21.50 |
| 11/02/2023 | JMH: Review property descriptions and documents (.5); telephone conferences with realtor and A. Stosberg regarding properties and status (.7); prepare property information hearing memo regarding lots and buildings (1.3) | 2.50 | 215.00 | 537.50 |
| 11/03/2023 | LAJ: Prepare binder materials for hearing on 11/6 | 1.10 | 215.00 | 236.50 |
| 11/03/2023 | ADS: Receive and review objection to sales motions from the County attorney | 0.20 | 425.00 | 85.00 |
| 11/03/2023 | ADS: Begin preparing for the November 6 hearing on 363 sales motions | 0.50 | 425.00 | 212.50 |
| 11/03/2023 | ADS: Cal with A. Raspberry re: November 6 hearing | 0.10 | 425.00 | 42.50 |
| 11/05/2023 | ADS: Prepare for November 6 hearing | 1.30 | 425.00 | 552.50 |
| 11/06/2023 | ADS: Prepare for November 6 hearing | 1.50 | 425.00 | 637.50 |
| 11/06/2023 | ADS: Non-working travel to/from November 6 hearing | 0.60 | 212.00 | 127.20 |
| 11/06/2023 | ADS: Attend November 6 hearing | 0.90 | 425.00 | 382.50 |
| 11/06/2023 | ADS: Communicate with E. Woodward re: post-hearing matters | 0.10 | 425.00 | 42.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/06/2023 | ADS: Communicate with A. Raspberry re: post-hearing matters | 0.10 | 425.00 | 42.50 |
| 11/07/2023 | ADS: Attention to and address e-mail from E. Woodward re: November 29 hearing matters | 0.20 | 425.00 | 85.00 |
| 11/07/2023 | ADS: Communicate with A. Raspberry re: property sale issues | 0.20 | 425.00 | 85.00 |
| 11/09/2023 | ADS: Attention to and address e-mail from A. Raspberry re: sale transaction issue | 0.10 | 425.00 | 42.50 |
| 11/09/2023 | ADS: Attention to and address e-mail from Shelby Street purchaser's agent re: transaction timeline | 0.10 | 425.00 | 42.50 |
| 11/13/2023 | ADS: Attention to and address title agent e-mail re: status of Clearview's contracts | 0.10 | 425.00 | 42.50 |
| 11/14/2023 | ADS: Call with E. Woodward re: various real estate closing issues | 0.10 | 425.00 | 42.50 |
| 11/14/2023 | ADS: Attention to and address e-mail from Clearview's real estate agent, J. Sisco | 0.10 | 425.00 | 42.50 |
| 11/15/2023 | ADS: Attention to and address e-mail from A. Raspberry re: purchase contract addenda | 0.10 | 425.00 | 42.50 |
| 11/27/2023 | ADS: Receive and review title report from Mattingly Ford for the Impulse LLC real property buy-sell transaction | 0.30 | 425.00 | 127.50 |
| 11/27/2023 | ADS: Attention to, consider and address e-mail from T. Ruppel re: November 29 hearing | 0.20 | 450.00 | 90.00 |
| 11/27/2023 | ADS: Attention to and address e-mail from D. Ostroski re: November 29 hearing | 0.10 | 425.00 | 42.50 |
| 11/27/2023 | ADS: Communicate with E. Woodward re: November 29 hearing | 0.10 | 425.00 | 42.50 |
| 11/27/2023 | ADS: Call with A. Raspberry re: November 29 hearing | 0.10 | 425.00 | 42.50 |
| 11/28/2023 | ADS: Prepare for November 29 bankruptcy court hearings | 4.50 | 425.00 | 1,912.50 |
| 11/29/2023 | ADS: Non-working travel to/from bankruptcy court hearing | 0.70 | 212.00 | 148.40 |
| 11/29/2023 | ADS: Prepare for bankruptcy court hearing | 1.80 | 425.00 | 765.00 |
| 11/29/2023 | ADS: Attend and participate in bankruptcy court hearing on 363 sales motions, and other matters | 1 | 425.00 | 425.00 |
| 11/29/2023 | ADS: Receive and review court entered sale orders | 0.20 | 425.00 | 85.00 |
| | | | | Subtotal: 47,739.60 |
| | ====== Expenses | | | |
| 04/25/2023 | Postage for Motion/Order to Creditors | | 8.88 | 8.88 |
| 06/14/2023 | 11 envelopes at 4.85 each | | 53.35 | 53.35 |
| 08/22/2023 | Postage for Service Filed Docs to 9 Parties | | 18.51 | 18.51 |
| 08/22/2023 | Filing of Motion to Sell | | 188.00 | 188.00 |
| 08/23/2023 | Postage for Service Filed Docs to 9 Parties, 2 of them Overnighted | | 62.50 | 62.50 |
| 11/01/2023 | Filing fees for Section 363 sale motion | | 188.00 | 188.00 |
| 11/01/2023 | Filing fees for Section 363 sale motion | | 188.00 | 188.00 |

EIN: 88-4330476

Please note: A 3% surcharge fee will be applied to all credit card payments.

| | | | |
|---|---|---:|---:|
| 11/01/2023 | Filing fees for Section 363 sale motion | 188.00 | 188.00 |
| 11/01/2023 | Filing fees for Section 363 sale motion | 188.00 | 188.00 |
| 11/01/2023 | Filing fees for Section 363 sale motion | 188.00 | 188.00 |
| 11/01/2023 | Filing fees for Section 363 sale motion | 188.00 | 188.00 |
| 11/02/2023 | Postage to send packets of pleadings to parties not on the CM/ECF | 86.25 | 86.25 |
| 11/03/2023 | Preparation of binder for Hearing on 11-6-23 | 37.26 | 37.26 |

Subtotal: 1,582.75

BALANCE DUE **USD 49,322.35**

ACH Information:
Bank: Republic Bank & Trust Company
ABA/Routing Number: 083001314
Account Number: 59736569
Account Name: Gray Ice Higdon PLLC
Remittance Email: accountsreceivable@grayice.com

Hours Summary:
- Andrew Stosberg (ADS): 97.4h @$422.41 = $41,143.10
- Liz Johnson (LAJ): 15.0h @$215.00 = $3,225.00
- Janis Howard (JMH): 11.0h @$215.00 = $2,365.00
- Jason Raff (JHDR): 3.3h @$205.00 = $676.50
- Anna Deye (AMD): 1.2h @$275.00 = $330.00