UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA HYATT, LLC | ) ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| | ) | |

**ORDER GRANTING GRAY ICE HIGDON, PLLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

This matter having come before the Court on the First Interim Application for Allowance and Payment of Attorneys' Fees and Reimbursement of Expenses (the "First Interim Fee Application") for legal services rendered on behalf of the Chapter 11 Sub V Case Trustee, Elizabeth Z. Woodward (the "Trustee"), in the above captioned chapter 11 case, and for expenses necessarily involved in connection therewith for the period of April 17, 2023 through and including November 30, 2023 (the "Application Period"); and the Court having reviewed and considered the First Interim Fee Application and being otherwise sufficiently advised, it is hereby

ORDERED that the First Interim Fee Application is GRANTED AND APPROVED; it is further

ORDERED that compensation on an interim basis for professional services rendered by GIH as counsel for the Trustee is authorized and APPROVED to be paid by the Trustee in the amount of amount of $47,739.60 from April 17, 2023 through November 30, 2023 (the "Application Period"); and, it is further

ORDERED that reimbursement of expenses on an interim basis for actual and necessary expenses in the amount of $1,582.75 that GIH has incurred and paid during the Application Period in connection with the rendering of its professional services is hereby authorized and APPROVED to be paid by the Trustee, for a total interim award of compensation and expenses for the Application Period in the amount of $49,322.35.

Prepared and tendered by:

*/s/ Andrew D. Stosberg*
Andrew D. Stosberg
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE