UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA HYATT, LLC | ) ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| | ) | |

**MOTION TO REDUCE NOTICE AND OBJECTION PERIOD FOR GRAY ICE HIGDON, PLLC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

This matter having come before the Court on the Motion to Reduce Notice and Objection Period for the First Interim Application for Allowance and Payment of Attorneys' Fees and Reimbursement of Expenses (the "Notice Reduction Motion"), and the Court having reviewed and considered the Notice Reduction Motion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT:

1. The Notice Reduction Motion is GRANTED in accordance with Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure.

2. The deadline for any party in interest to file a written objection with the Court to the *First Interim Application for Allowance and Payment of Attorneys' Fees and Reimbursement of Expenses* filed on December 8, 2023 [Doc. 213] (the "First Interim Fee Application") shall be **Friday, December 22, 2023**.

3. To the extent any objection to the First Interim Fee Application is timely filed, a hearing on such objection shall occur on December __, 2023 at __:__ _.m. Eastern Time at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202.

4.      GRAY ICE HIGDON, LLC SHALL PROVIDE NOTICE OF THIS OBJECTION DEADLINE AND THE ASSOCIATED HEARING DATE TO ALL INTERESTED PARTIES, AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED.

Prepared and submitted by:

/s/ *Andrew D. Stosberg*
Andrew D. Stosberg
Gray Ice Higdon, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Tel: (502) 625-2734
astosberg@garyice.com
COUNSEL FOR THE TRUSTEE