# Exhibit 1

**Liz Johnson**

| | |
|---|---|
| **From:** | Gail Russell <grussell@tilfordlaw.com> |
| **Sent:** | Tuesday, November 28, 2023 2:44 PM |
| **To:** | Andrew Stosberg |
| **Subject:** | FW: question |
| **Attachments:** | Conditional Approval Letter_Kentucky Veteran Homes LLC (1).pdf |

**[CAUTION- EXTERNAL EMAIL]**: DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

See attached.

**K. Gail Russell**
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky 40202
Phone: (502) 584-1000
Facsimile: (502) 584-2318
grussell@tilfordlaw.com



This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (502) 584-1000 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**From:** cory@dobackflip.com <cory@dobackflip.com>
**Sent:** Tuesday, November 28, 2023 9:47 AM
**To:** Gail Russell <grussell@tilfordlaw.com>
**Cc:** Tene Williams <tene@clearvieweastern.com>
**Subject:** Re: question

Hey,

See attached

Best,



**Cory Petersen**
Sr. Director of Loan Operations

dobackflip.com | 704-218-9221

Backflip Secures $35M to Support Entrepreneurs

1

On November 28, 2023 at 9:33 AM EST grussell@tilfordlaw.com wrote:

The court is not accepting conditional letters.   You are welcome to do one.   Can you say loan is approved conditioned on title work and insurance?   That is not as strong as the court is requiring but at least that would be better than nothing.   I cannot assure the court will accept that.

**K. Gail Russell**
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky 40202
Phone: (502) 584-1000
Facsimile: (502) 584-2318
grussell@tilfordlaw.com



This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product.  If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment.  If you have received this message in error, please call the sender immediately at (502) 584-1000 and delete all copies of the message and any attachment.  Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**From:** cory@dobackflip.com <cory@dobackflip.com>
**Sent:** Tuesday, November 28, 2023 9:11 AM
**To:** Gail Russell <grussell@tilfordlaw.com>
**Cc:** Tene Williams <tene@clearvieweastern.com>
**Subject:** Re: question

Gail,

Thank you for the clarity. This is not something we would be comfortable with providing as we are still pending clear title work, insurance on the properties and final reviews on all files. We do not issue unequivocal loan approvals or irrevocable letters of credit. The most I could do is spin up a conditional approval letter.

Best,



**Cory Petersen**

Sr. Director of Loan Operations

dobackflip.com | 704-218-9221

Backflip Secures $35M to Support Entrepreneurs

> On November 28, 2023 at 9:05 AM EST grussell@tilfordlaw.com wrote:
>
> - I do not see anything attached. I need solid, unequivocal loan approval.   A letter from the lender that says   Borrower is approved for this loan in an

2

      amount certain secured by_____ . Or an irrevocavble letter of credit would likely suffice.

### K. Gail Russell

Tilford Dobbins & Schmidt, PLLC

401 West Main Street, Suite 1400

Louisville, Kentucky 40202

Phone: (502) 584-1000

Facsimile: (502) 584-2318

grussell@tilfordlaw.com



This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (502) 584-1000 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

---

**From:** cory@dobackflip.com <cory@dobackflip.com>
**Sent:** Tuesday, November 28, 2023 9:00 AM
**To:** Tene Williams <tene@clearvieweastern.com>; Amanda Shanks <amandas@pittandfrank.com>; sharesa@iploanexchange.com; Gail Russell <grussell@tilfordlaw.com>
**Subject:** Re: question

Gail,

3

We were waiting for clarity on what would be acceptable for this. Would this work for you? Conditional approval letters are not common in this space so we do not have one.

Best,



**Cory Petersen**

Sr. Director of Loan Operations

dobackflip.com | 704-218-9221

Backflip Secures $35M to Support Entrepreneurs

On November 28, 2023 at 8:52 AM EST tene@clearvieweastern.com wrote:

Could one of you answer this question?

On Tue, Nov 28, 2023 at 8:43 AM Gail Russell <grussell@tilfordlaw.com> wrote:

> I do not see anything here that commits the lender to close.  That is what we need . Nothing that  I see is signed by the lender.
>
> **K. Gail Russell**
>
> Tilford Dobbins & Schmidt, PLLC
>
> 401 West Main Street, Suite 1400
>
> Louisville, Kentucky 40202
>
> Phone: (502) 584-1000
>
> Facsimile: (502) 584-2318
>
> grussell@tilfordlaw.com

4



This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (502) 584-1000 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

---

*This communication + any attachments are confidential and intended solely for the recipient. If you received this email in error, please notify the sender immediately. Do not use browser e-mail to send us unencrypted confidential information such as passwords, account numbers or Social Security numbers. For additional disclosures, see: Disclaimers + Disclosures for Electronic Communication.*

*Backflip originates loans through its subsidiary, Double Backflip, LLC. NMLS ID # 2482717 - nmlsconsumeraccess.org. Equal Housing Lender.* 🏠

 *please consider the environment before printing* 🌿

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

*This communication + any attachments are confidential and intended solely for the recipient. If you received this email in error, please notify the sender immediately. Do not use browser e-mail to send us unencrypted confidential information such as passwords, account numbers or Social Security numbers. For additional disclosures, see: Disclaimers + Disclosures for Electronic Communication.*

*Backflip originates loans through its subsidiary, Double Backflip, LLC. NMLS ID # 2482717 - nmlsconsumeraccess.org. Equal Housing Lender.* 

 *please consider the environment before printing* 

Links contained in this email have been replaced. If you click on a link in the email above, the link will be

analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

*This communication + any attachments are confidential and intended solely for the recipient. If you received this email in error, please notify the sender immediately. Do not use browser e-mail to send us unencrypted confidential information such as passwords, account numbers or Social Security numbers. For additional disclosures, see: Disclaimers + Disclosures for Electronic Communication.*

*Backflip originates loans through its subsidiary, Double Backflip, LLC. NMLS ID # 2482717 - nmlsconsumeraccess.org. Equal Housing Lender.* 

 *please consider the environment before printing* 


Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.



November 28, 2023

To whom it may concern,

This letter is to confirm that KENTUCKY VETERAN HOMES LLC is conditionally approved for investment financing to acquire 6 non-owner occupied, single-family investment property located at 1601 S Shelby St, Louisville, KY 40217 ; 819 Forrest St, Louisville, KY 40217 ; 820 Forrest St, Louisville, KY 40217 ; 1007 Forrest St, Louisville, KY 40217 ; 825 Forrest St, Louisville, KY 40217 ; 1447 S Clay St, Louisville, KY 40217 up to a loan amount of $763,000.

The conditional approvall is based on the information that Borrower provided and is valid for 30 calendar days from the date of issuance. The closing of any loan is subject to further conditions listed below.  Accordingly, this letter does not guarantee the approval of a loan.

- Clear title work
- Finalized Insurance Policies

Please do not hesitate to call me if you have any questions.

DocuSigned by:

*Cory Petersen*

―――――――――――――――――――――――――――
9E1582F8D6E740B...

Cory Petersen
Director of Loan Operations
RPE Capital Mgmt, LLC ("Backflip Capital")
RPE Home, Inc. (dba "Backflip")

Cory@dobackflip.com
704-218-9221

www.dobackflip.com                                                                                                          RPE Home, Inc.