# Exhibit 2

**Liz Johnson**

---

**From:** Gail Russell <grussell@tilfordlaw.com>
**Sent:** Tuesday, November 28, 2023 9:07 AM
**To:** Andrew Stosberg
**Subject:** FW: Xerox Scan
**Attachments:** Xerox Scan_11282023090007.pdf

[CAUTION- EXTERNAL EMAIL]: DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

This is what I have from Tene so far.    I have asked for additional proof.

K. Gail Russell
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky 40202
Phone: (502) 584-1000
Facsimile: (502) 584-2318
grussell@tilfordlaw.com


This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product.  If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment.  If you have received this message in error, please call the sender immediately at (502) 584-1000 and delete all copies of the message and any attachment.  Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

-----Original Message-----
From: grussell@tilfordlaw.com <grussell@tilfordlaw.com>
Sent: Tuesday, November 28, 2023 9:01 AM
To: Gail Russell <grussell@tilfordlaw.com>
Subject: Xerox Scan

Please open the scanned attachment

Sent by: [grussell@tilfordlaw.com]
Number of Images: 12
Attachment File Type: PDF

Device Name: VersaLink B405
Device Location:

1



# backflip
### Term Sheet
### Acquisition + Rehab Financing

| Loan Number | Property Address | Target Closing Date |
|---|---|---|
| 14807 | 1601 S Shelby St<br>Louisville, KY 40217 | 11/20/2023 |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

## Borrower Summary

| Borrower | Borrower Experience | Guarantor |
|---|---|---|
|  | 5 flips \| 0 rentals<br>*Verification required* | Clarisse Clemons |

## Acquisition Summary

| | |
|---|---:|
| **Total Cost Basis** | **$117,500** |
| Purchase Price | $87,500 |
| Construction Budget | $30,000 |
| **After Repair Value (ARV)** | **$274,000** |
| LTARV | 36% |
| **As Is Value (AIV)** | **$88,000** |
| LTAIV | 78% |
| **Total Loan Amount** | **$99,000** |
| Initial Funding (79% of Purchase) | $69,000 |
| Rehab Holdback (100% of Construction Budget) | $30,000 |
| LTC (at closing) | 79% |
| LTC (at completion) | 84% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$866.40** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |
| **Backflip Related Closing Costs** | |
| Cash Equity for Closing | $18,500 |
| Finance Broker (2.60% of Loan) | $2,574 |
| Closing Month Interest (11 days) | $317.68 |
| Origination Fee (1.50% of Loan) | $1,485 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |
| **Estimated Cash to Close** | **$25,276.68** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

| **Additional Outside Closing Costs to Consider** (not included in Cash to Close) | |
|---|---:|
| Estimated Title, Survey & Escrow Costs | $1,800 |
| Estimated Insurance Premium | $900 |

## Rehab Draw Details

| | |
|---|---:|
| **Rehab Inspection Fee** (per draw, paid from draw proceeds) | **$125** |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| | |
|---|---:|
| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | **$4,500** |

## Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☒ | | ☐ |
|:---:|:---:|:---:|
| **12.00% Interest Rate (Fixed)** | **OR** | **79% LTC (5% reduction)** |
| $99,000 | Total Loan Amount | $93,000 |
| $990.00 | Monthly Payment | $813.90 |
| $25,322.00 | Est. Cash to Close | $31,167.43 |

## Acknowledgment of Terms

*/s/ Clarisse Clemons*

Borrower Signature
11/8/2023 | 7:32 AM PST

Date

Borrower Signature

Date

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit information accessed by a credit grantor on a date after the date of your original prequalification request.

# backflip
## Term Sheet
## Acquisition + Rehab Financing

| Loan Number | Property Address | Target Closing Date |
|---|---|---|
| 14803 | 1447 S Clay St<br>Louisville, KY 40217 | 11/20/2023 |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

### Borrower Summary

| Borrower | Borrower Experience | Guarantor |
|---|---|---|
| | 5 flips  \| 0 rentals<br>*Verification required* | Clarisse Clemons |

### Acquisition Summary

| | |
|---|---:|
| **Total Cost Basis** | **$192,500** |
| Purchase Price | $112,500 |
| Construction Budget | $80,000 |
| **After Repair Value (ARV)** | **$226,000** |
| LTARV | 72% |
| **As Is Value (AIV)** | **$113,000** |
| LTAIV | 73% |
| **Total Loan Amount** | **$163,000** |
| Initial Funding (74% of Purchase) | $83,000 |
| Rehab Holdback (100% of Construction Budget) | $80,000 |
| LTC (at closing) | 74% |
| LTC (at completion) | 85% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$1,426.20** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |
| **Backflip Related Closing Costs** | |
| Cash Equity for Closing | $29,500 |
| Finance Broker (2.00% of Loan) | $3,260 |
| Closing Month Interest (11 days) | $522.94 |
| Origination Fee (1.50% of Loan) | $2,445 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |
| **Estimated Cash to Close** | **$38,127.94** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

| **Additional Outside Closing Costs to Consider** (not included in Cash to Close) | |
|---|---:|
| Estimated Title, Survey & Escrow Costs | $2,300 |
| Estimated Insurance Premium | $1,400 |

### Rehab Draw Details

| | |
|---|---:|
| **Rehab Inspection Fee** (per draw, paid from draw proceeds) | **$125** |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| | |
|---|---:|
| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | **$12,000** |

### Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☐ | | ☒ |
|:---:|:---:|:---:|
| **12.00% Interest Rate (Fixed)** | **OR** | **80% LTC (5% reduction)** |
| $163,000 | Total Loan Amount | $153,000 |
| $1,630.20 | Monthly Payment | $1,338.90 |
| $38,202.63 | Est. Cash to Close | $47,945.93 |

### Acknowledgment of Terms

| | |
|---|---|
| *[signature]* | |
| Borrower Signature | Borrower Signature |
| 11/8/2023  \|  7:32 AM PST | |
| Date | Date |

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit information accessed by a credit grantor on a date after the date of your original prequalification request.



## Term Sheet
## Acquisition + Rehab Financing

| Loan Number | Property Address | Target Closing Date |
|---|---|---|
| 14804 | 825 Forrest St<br>Louisville, KY 40217 | 11/20/2023 |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

### Borrower Summary

| Borrower | Borrower Experience | Guarantor |
|---|---|---|
|  | 5 flips \| 0 rentals<br>*Verification required* | Clarisse Clemons |

### Acquisition Summary

| | |
|---|---:|
| **Total Cost Basis** | **$170,000** |
| Purchase Price | $150,000 |
| Construction Budget | $20,000 |
| **After Repair Value (ARV)** | **$197,000** |
| LTARV | 73% |
| **As Is Value (AIV)** | **$150,000** |
| LTAIV | 83% |
| **Total Loan Amount** | **$144,000** |
| Initial Funding (83% of Purchase) | $124,000 |
| Rehab Holdback (100% of Construction Budget) | $20,000 |
| LTC (at closing) | 83% |
| LTC (at completion) | 85% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$1,260.00** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |
| **Backflip Related Closing Costs** | |
| Cash Equity for Closing | $26,000 |
| Finance Broker (2.00% of Loan) | $2,880 |
| Closing Month Interest (11 days) | $462.00 |
| Origination Fee (1.50% of Loan) | $2,160 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |
| **Estimated Cash to Close** | **$33,902.00** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

| **Additional Outside Closing Costs to Consider** (not included in Cash to Close) | |
|---|---:|
| Estimated Title, Survey & Escrow Costs | $3,000 |
| Estimated Insurance Premium | $1,300 |

### Rehab Draw Details

| | |
|---|---:|
| **Rehab Inspection Fee** (per draw, paid from draw proceeds) | $125 |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| | |
|---|---:|
| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | $3,000 |

### Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☐ | | ☒ |
|:---:|:---:|:---:|
| **12.00% Interest Rate (Fixed)** | **OR** | **80% LTC (5% reduction)** |
| $144,000 | Total Loan Amount | $136,000 |
| $1,440.00 | Monthly Payment | $1,190.10 |
| $33,968.00 | Est. Cash to Close | $41,756.37 |

### Acknowledgment of Terms

*[Signature]*

Borrower Signature

11/8/2023 | 7:32 AM PST

Date

Borrower Signature

_____

Date

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit Information accessed by a credit grantor on a date after the date of your original prequalification request.



## Term Sheet
## Acquisition + Rehab Financing

| Loan Number | Property Address | Target Closing Date |
|---|---|---|
| 14805 | 1007 Forrest St<br>Louisville, KY 40217 | 11/20/2023 |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

### Borrower Summary

| Borrower | Borrower Experience | Guarantor |
|---|---|---|
|  | 5 flips \| 0 rentals<br>*Verification required* | Clarisse Clemons |

### Acquisition Summary

| | |
|---|---:|
| **Total Cost Basis** | **$165,000** |
| Purchase Price | $150,000 |
| Construction Budget | $15,000 |
| **After Repair Value (ARV)** | **$218,000** |
| LTARV | 64% |
| **As Is Value (AIV)** | **$150,000** |
| LTAIV | 83% |
| **Total Loan Amount** | **$139,000** |
| Initial Funding (83% of Purchase) | $124,000 |
| Rehab Holdback (100% of Construction Budget) | $15,000 |
| LTC (at closing) | 83% |
| LTC (at completion) | 84% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$1,216.20** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |
| **Backflip Related Closing Costs** | |
| Cash Equity for Closing | $26,000 |
| Finance Broker (2.00% of Loan) | $2,780 |
| Closing Month Interest (11 days) | $445.94 |
| Origination Fee (1.50% of Loan) | $2,085 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |
| **Estimated Cash to Close** | **$33,710.94** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

**Additional Outside Closing Costs to Consider** (not included in Cash to Close)

| | |
|---|---:|
| Estimated Title, Survey & Escrow Costs | $3,000 |
| Estimated Insurance Premium | $1,200 |

### Rehab Draw Details

| | |
|---|---:|
| **Rehab Inspection Fee** (per draw, paid from draw proceeds) | **$125** |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| | |
|---|---:|
| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | **$2,250** |

### Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☒ | | ☐ |
|:---:|:---:|:---:|
| **12.00% Interest Rate (Fixed)** | **OR** | **79% LTC (5% reduction)** |
| $139,000 | Total Loan Amount | $131,000 |
| $1,390.20 | Monthly Payment | $1,146.30 |
| $33,774.63 | Est. Cash to Close | $41,565.31 |

### Acknowledgment of Terms

Borrower Signature: *(signed)*
11/8/2023 | 7:32 AM PST
Date

Borrower Signature: _____
Date

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit information accessed by a credit grantor on a date after the date of your original prequalification request.

# backflip
## Term Sheet
## Acquisition + Rehab Financing

| | | |
|---|---|---|
| **Loan Number** | **Property Address** | **Target Closing Date** |
| 14806 | 819 Forrest St | 11/20/2023 |
| | Louisville, KY 40217 | |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

### Borrower Summary

| | | |
|---|---|---|
| **Borrower** | **Borrower Experience** | **Guarantor** |
| | 5 flips | 0 rentals | Clarisse Clemons |
| | *Verification required* | |

### Acquisition Summary

| | |
|---|---|
| **Total Cost Basis** | **$145,000** |
| Purchase Price | $125,000 |
| Construction Budget | $20,000 |
| **After Repair Value (ARV)** | **$203,000** |
| LTARV | 61% |
| **As is Value (AIV)** | **$125,000** |
| LTAIV | 82% |
| **Total Loan Amount** | **$123,000** |
| Initial Funding (82% of Purchase) | $103,000 |
| Rehab Holdback (100% of Construction Budget) | $20,000 |
| LTC (at closing) | 82% |
| LTC (at completion) | 85% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$1,076.40** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |
| **Backflip Related Closing Costs** | |
| Cash Equity for Closing | $22,000 |
| Finance Broker (2.10% of Loan) | $2,583 |
| Closing Month Interest (11 days) | $394.68 |
| Origination Fee (1.50% of Loan) | $1,845 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |
| **Estimated Cash to Close** | **$29,222.68** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

| | |
|---|---|
| **Additional Outside Closing Costs to Consider** (not included in Cash to Close) | |
| Estimated Title, Survey & Escrow Costs | $2,500 |
| Estimated Insurance Premium | $1,100 |

### Rehab Draw Details

| | |
|---|---|
| **Rehab Inspection Fee** (per draw, paid from draw proceeds) | **$125** |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| | |
|---|---|
| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | **$3,000** |

### Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☐ | | ☒ |
|---|---|---|
| **12.00% Interest Rate (Fixed)** | **OR** | **80% LTC (5% reduction)** |
| $123,000 | Total Loan Amount | $116,000 |
| $1,230.00 | Monthly Payment | $1,015.20 |
| $29,279.00 | Est. Cash to Close | $36,095.13 |

### Acknowledgment of Terms

*/s/ C. Clem*

Borrower Signature
11/8/2023 | 7:32 AM PST

Date

Borrower Signature

Date

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit Information accessed by a credit grantor on a date after the date of your original prequalification request.



## Term Sheet
## Acquisition + Rehab Financing

| Loan Number | Property Address | Target Closing Date |
|---|---|---|
| 14808 | 820 Forrest St<br>Louisville, KY 40217 | 11/20/2023 |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

### Borrower Summary

| Borrower | Borrower Experience | Guarantor |
|---|---|---|
| | 5 flips | 0 rentals<br>*Verification required* | Clarisse Clemons |

### Acquisition Summary

| | |
|---|---|
| **Total Cost Basis** | **$112,500** |
| Purchase Price | $87,500 |
| Construction Budget | $25,000 |
| **After Repair Value (ARV)** | **$214,000** |
| LTARV | 44% |
| **As Is Value (AIV)** | **$88,000** |
| LTAIV | 80% |
| **Total Loan Amount** | **$95,000** |
| Initial Funding (80% of Purchase) | $70,000 |
| Rehab Holdback (100% of Construction Budget) | $25,000 |
| LTC (at closing) | 80% |
| LTC (at completion) | 84% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$831.30** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |
| **Backflip Related Closing Costs** | |
| Cash Equity for Closing | $17,500 |
| Finance Broker (2.65% of Loan) | $2,518 |
| Closing Month Interest (11 days) | $304.81 |
| Origination Fee (1.50% of Loan) | $1,425 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |
| **Estimated Cash to Close** | **$24,147.31** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

| **Additional Outside Closing Costs to Consider** (not included in Cash to Close) | |
|---|---|
| Estimated Title, Survey & Escrow Costs | $1,800 |
| Estimated Insurance Premium | $800 |

### Rehab Draw Details

| | |
|---|---|
| **Rehab Inspection Fee** (per draw, paid from draw proceeds) | **$125** |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | **$3,750** |
|---|---|

### Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☒ | | ☐ |
|---|---|---|
| **12.00% Interest Rate (Fixed)** | OR | **79% LTC (5% reduction)** |
| $95,000 | Total Loan Amount | $89,000 |
| $950.10 | Monthly Payment | $778.80 |
| $24,190.87 | Est. Cash to Close | $30,038.06 |

### Acknowledgment of Terms

Borrower Signature: *[signed]*

Date: 11/8/2023 | 7:32 AM PST

Borrower Signature: _____

Date: _____

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit Information accessed by a credit grantor on a date after the date of your original prequalification request.



## Term Sheet
### Acquisition + Rehab Financing

| Loan Number | Property Address | Target Closing Date |
|---|---|---|
| 14808 | 820 Forrest St<br>Louisville, KY 40217 | 11/20/2023 |
| **Lender** | **Property Type** | **Loan Product** |
| Double Backflip, LLC | Single Family | Standard |

### Borrower Summary

| Borrower | Borrower Experience | Guarantor |
|---|---|---|
|  | 5 flips \| 0 rentals<br>*Verification required* | Clarisse Clemons |

### Acquisition Summary

| | |
|---|---:|
| **Total Cost Basis** | **$112,500** |
| Purchase Price | $87,500 |
| Construction Budget | $25,000 |
| **After Repair Value (ARV)** | **$214,000** |
| LTARV | 44% |
| **As Is Value (AIV)** | **$88,000** |
| LTAIV | 80% |
| **Total Loan Amount** | **$95,000** |
| Initial Funding (80% of Purchase) | $70,000 |
| Rehab Holdback (100% of Construction Budget) | $25,000 |
| LTC (at closing) | 80% |
| LTC (at completion) | 84% |
| **Interest Rate (Fixed)** | **10.50%** |
| **Monthly Payment** | **$831.30** |
| Loan Term | 12 months |
| Payment Type | Interest Only |
| Loan Type | Dutch |

**Backflip Related Closing Costs**

| | |
|---|---:|
| Cash Equity for Closing | $17,500 |
| Finance Broker (2.65% of Loan) | $2,518 |
| Closing Month Interest (11 days) | $304.81 |
| Origination Fee (1.50% of Loan) | $1,425 |
| Underwriting Fee | $1,000 |
| Appraisal Fee | $650 |
| Legal Review + Document Preparation | $750 |
| Earnest Money Deposit | $0 |

| | |
|---|---:|
| **Estimated Cash to Close** | **$24,147.31** |

*This is an estimate and does not include the outside title and insurance costs that will be added on the Final Settlement Statement.*

**Additional Outside Closing Costs to Consider** (not included in Cash to Close)

| | |
|---|---:|
| Estimated Title, Survey & Escrow Costs | $1,800 |
| Estimated Insurance Premium | $800 |

### Rehab Draw Details

| | |
|---|---:|
| **Rehab Inspection Fee (per draw, paid from draw proceeds)** | **$125** |

Backflip disburses Rehab Holdback Funds based off completed work that is verified by an inspection. Since completed work needs to be verified prior to the first disbursement we have provided an estimate of liquidity that is recommended in order to to begin the project. Advance draws of Funds are not permitted without specific approval prior to closing from Backflip.

| | |
|---|---:|
| **Estimated Post-Close Liquidity Needed to Begin Rehab** (15% of Construction Budget) | **$3,750** |

### Post-Closing Appraisal Selection

Select an option below in case an appraisal needs to be completed after the closing date. The terms will only be updated if an appraisal cannot be obtained prior to closing.

| ☒ | | ☐ |
|:---:|:---:|:---:|
| **12.00% Interest Rate (Fixed)** | **OR** | **79% LTC (5% reduction)** |
| $95,000 | **Total Loan Amount** | $89,000 |
| $950.10 | **Monthly Payment** | $778.80 |
| $24,190.87 | **Est. Cash to Close** | $30,038.06 |

### Acknowledgment of Terms

*[signature]*

Borrower Signature

11/8/2023 | 7:32 AM PST

Date

Borrower Signature

Date

By signing above, Borrower consents to a Credit and Background check.

All numbers are intended to be draft estimates. Prospective loan terms are subject to change based on valuation of the subject property, borrower underwriting and other factors. This non-binding term sheet indicates that RPE Home, Inc. ("Backflip") has reviewed Borrower's request for a business loan to finance an investment in the subject property in which Borrower will not reside. Backflip would consider making the loan described herein, subject certain to terms and conditions to be further detailed in the Loan documents. This term sheet does not represent approval for a loan, under any terms. Final loan approval remains subject to Backflip's credit committee and completion of all Loan Closing Conditions. Backflip reserves its right to approve or not approve a loan request, in its sole discretion. Loan terms described herein are intended for the subject property only and are subject to change after the Expiration of this term sheet. On your own behalf and not as representative of any entity, you are providing "written instructions" authorizing Backflip under the Fair Credit Reporting Act to obtain your personal credit profile or other information from one or more credit reporting agencies. By signing this form electronically or by hand, you authorize Backflip to obtain such information solely to conduct a prequalification for credit. Credit information accessed for your prequalification request may be different from the Credit information accessed by a credit grantor on a date after the date of your original prequalification request.

obie     American National Insurance Company     **Quote #:** f69625

# $964.31
Annual premium including taxes & fees

# Real Estate Investment Property Quote

**Questions?**

We're available Monday - Friday at 773-820-7132 or support@obieinsurance.com

## Policy Information

| | |
|---|---|
| Insured name | Kentucky Veteran Homes LLC |
| Property address | 1601 S Shelby St, Louisville, KY 40217 |
| Coverage effective date | November 29th, 2023 |

## Property Coverage

| | |
|---|---|
| **Residential Dwelling** | $159,000.00 |
| **Loss of Rent** | $0.00 |

## Deductibles

| | |
|---|---|
| **All Other Perils** | $5,000.00 |
| **Windstorm** | $5,000.00 |

## Building General Liability

| | |
|---|---|
| General Liability | $1,000,000 each occurrence, $2,000,000 annual aggregate |
| Personal and Advertising Injury | $1,000,000.00 |
| Medical Expense | $5,000 any one person, per occurrence |
| Fire Damage | $50,000 and one fire |

## Additional Coverages

| | |
|---|---|
| Water Backup and Sump Discharge | $10,000.00 |

This quote contains a general description of available coverages and limits, with a premium estimate. This is not a contract, binder, recommendation of coverage, or guarantee of eligibility. All coverages are subject to the terms and conditions contained in the policy and endorsements. If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised.

© Obie, 2022 • www.obieinsurance.com     167 N. Green St. Suite 1360, Chicago, IL, 60607, USA

obie     American National Insurance Company     **Quote #:** 9916d4

# $987.36
Annual premium including taxes & fees

# Real Estate Investment Property Quote

**Questions?**

We're available Monday – Friday at 773-820-7132 or support@obieinsurance.com

## Policy Information

| | |
|---|---|
| Insured name | Kentucky Veteran Homes LLC |
| Property address | 820 Forrest St, Louisville, KY 40217 |
| Coverage effective date | November 29th, 2023 |

## Property Coverage

| | |
|---|---|
| Residential Dwelling | $164,000.00 |
| Loss of Rent | $0.00 |

## Deductibles

| | |
|---|---|
| **All Other Perils** | $5,000.00 |
| **Windstorm** | $5,000.00 |

## Building General Liability

| | |
|---|---|
| General Liability | $1,000,000 each occurrence, $2,000,000 annual aggregate |
| Personal and Advertising Injury | $1,000,000.00 |
| Medical Expense | $5,000 any one person, per occurrence |
| Fire Damage | $50,000 and one fire |

## Additional Coverages

| | |
|---|---|
| Water Backup and Sump Discharge | $10,000.00 |

This quote contains a general description of available coverages and limits, with a premium estimate. This is not a contract, binder, recommendation of coverage, or guarantee of eligibility. All coverages are subject to the terms and conditions contained in the policy and endorsements. If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised.

© Obie, 2022 • www.obieinsurance.com     167 N. Green St. Suite 1360, Chicago, IL, 60607, USA

obie

American National Insurance Company         Quote #: 62b3fc

# $973.74
Annual premium including taxes & fees

# Real Estate Investment Property Quote

**Questions?**

We're available Monday - Friday at 773-820-7132 or support@obieinsurance.com

## Policy Information

| | |
|---|---|
| Insured name | Kentucky Veteran Homes LLC |
| Property address | 819 Forrest St, Louisville, KY 40217 |
| Coverage effective date | November 29th, 2023 |

## Property Coverage

| | |
|---|---|
| Residential Dwelling | $161,000.00 |
| Loss of Rent | $0.00 |

## Deductibles

| | |
|---|---|
| **All Other Perils** | $5,000.00 |
| **Windstorm** | $5,000.00 |

## Building General Liability

| | |
|---|---|
| General Liability | $1,000,000 each occurrence, $2,000,000 annual aggregate |
| Personal and Advertising Injury | $1,000,000.00 |
| Medical Expense | $5,000 any one person, per occurrence |
| Fire Damage | $50,000 and one fire |

## Additional Coverages

| | |
|---|---|
| Water Backup and Sump Discharge | $10,000.00 |

This quote contains a general description of available coverages and limits, with a premium estimate. This is not a contract, binder, recommendation of coverage, or guarantee of eligibility. All coverages are subject to the terms and conditions contained in the policy and endorsements. If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised.

© Obie, 2022  •  www.obieinsurance.com                    167 N. Green St. Suite 1360, Chicago, IL, 60607, USA

obie      American National Insurance Company      Quote #: bd3d77

# $936.01
Annual premium including taxes & fees

# Real Estate Investment Property Quote

**Questions?**

We're available Monday - Friday at 773-820-7132 or support@obieinsurance.com

## Policy Information

| | |
|---|---|
| Insured name | Kentucky Veteran Homes LLC |
| Property address | 825 Forrest St, Louisville, KY 40217 |
| Coverage effective date | November 29th, 2023 |

## Property Coverage

| | |
|---|---|
| Residential Dwelling | $153,000.00 |
| Loss of Rent | $0.00 |

## Deductibles

| | |
|---|---|
| **All Other Perils** | $5,000.00 |
| **Windstorm** | $5,000.00 |

## Building General Liability

| | |
|---|---|
| General Liability | $1,000,000 each occurrence, $2,000,000 annual aggregate |
| Personal and Advertising Injury | $1,000,000.00 |
| Medical Expense | $5,000 any one person, per occurrence |
| Fire Damage | $50,000 and one fire |

## Additional Coverages

| | |
|---|---|
| Water Backup and Sump Discharge | $10,000.00 |

This quote contains a general description of available coverages and limits, with a premium estimate. This is not a contract, binder, recommendation of coverage, or guarantee of eligibility. All coverages are subject to the terms and conditions contained in the policy and endorsements. If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised.

© Obie, 2022 • www.obieinsurance.com      167 N. Green St. Suite 1360, Chicago, IL, 60607, USA

obie     American National Insurance Company     **Quote #:** 04dd2d

# $1,072.25
Annual premium including taxes & fees

# Real Estate Investment Property Quote

**Questions?**

We're available Monday - Friday at 773-820-7132 or support@obieinsurance.com

## 🗊 Policy Information

| | |
|---|---|
| Insured name | Kentucky Veteran Homes LLC |
| Property address | 1007 Forrest St, Louisville, KY 40217 |
| Coverage effective date | November 29th, 2023 |

## 🏠 Property Coverage

| | |
|---|---|
| Residential Dwelling | $182,000.00 |
| Loss of Rent | $0.00 |

## Deductibles

| | |
|---|---|
| **All Other Perils** | $5,000.00 |
| **Windstorm** | $5,000.00 |

## Building General Liability

| | |
|---|---|
| General Liability | $1,000,000 each occurrence, $2,000,000 annual aggregate |
| Personal and Advertising Injury | $1,000,000.00 |
| Medical Expense | $5,000 any one person, per occurrence |
| Fire Damage | $50,000 and one fire |

## 🏠 Additional Coverages

| | |
|---|---|
| Water Backup and Sump Discharge | $10,000.00 |

This quote contains a general description of available coverages and limits, with a premium estimate. This is not a contract, binder, recommendation of coverage, or guarantee of eligibility. All coverages are subject to the terms and conditions contained in the policy and endorsements. If information used for rating changes or different rates are effective at the time of policy issuance, this rate quote may be revised.

© Obie, 2022 • www.obieinsurance.com     167 N. Green St. Suite 1360, Chicago, IL, 60607, USA