# Exhibit A



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Jefferson County Clerk's Office.

**INST # 2024000712**
**BATCH # 504070**
JEFFERSON CO, KY FEE $62.00
STATE OF KY DEED TAX $83.00
PRESENTED ON: 01-03-2024 4 08:11:30 AM
LODGED BY: simplifile
RECORDED: 01-03-2024 08:11:30 AM
BOBBIE HOLSCLAW
CLERK
BY: ROXANN MCGAUGHEY
RECORDING CLERK
**BK: D 12759**
**PG: 664-673**

527 W Jefferson St ~ Louisville, KY 40202  (502) 574-5700

Website: www.jeffersoncountyclerk.org | Email: countyclerk@jeffersoncountyclerk.org

Return this instrument to:

Millennial Title, LLC
130 St. Matthews Ave., Suite 300
Louisville, KY 40207

## GENERAL WARRANTY DEED

This Deed of Conveyance is made and entered this 24ᵗʰ day of December, 2023, by and between, **Human Housing Henrietta Hyatt LLC**, a Kentucky Limited Liability Company, by Elizabeth Zachem Woodward as Subchapter V Trustee IN RE: Human Housing Henrietta Hyatt LLC Bankr. W.D.KY. Case No. 22-30060 (See Order of Appointment attached hereto), whose mailing address is 250 W. Main Street, Suite 1400, Lexington, KY 40507 ("Grantor") and **IMPULSE LLC**, a Kentucky Limited Liability Company, whose mailing address is 1137 Forrest St., Louisville, KY 40217 ("Grantee").

For and in consideration of the sum of **Eighty Three Thousand and 00/100 Dollars ($83,000.00)**, the receipt of which is acknowledged, Grantor hereby grant(s) and convey(s) to Grantee, in fee simple, with covenant of general warranty, all of their/its right, title and interest in and to the following described real property located in Jefferson County, Kentucky ("Property"):

See attached Exhibit "A" for legal description.

Being a portion of the same property conveyed to Human Housing Henrietta Hyatt, LLC, a Kentucky Limited Liability Company, by Deed dated December 04, 2017, of record in Deed Book 11055, Page 714, in the Office of the Clerk of the County Court Jefferson County, Kentucky.

THEREAFTER, on January 17, 2022, said Human Housing Henrietta Hyatt LLC filed a Voluntary Petition with the Bankruptcy Court for the Western District of Kentucky (IN RE: Human Housing Henrietta Hyatt LLC Case No. 22-30060). By Order of the Bankruptcy Court, the duly appointed Subchapter V Trustee was granted power and authority to transfer the above-described property. A copy of the Order is attached hereto.

The following property address and parcel ID are provided as an accommodation for informational purposes only. No insurance is provided over same:

Property Address: 818 Forrest Street, Louisville, KY 40217
Parcel ID: 09-024G-0031-0000

Grantor covenant(s) that they are/it is lawfully seized of the Property conveyed, that they have/it has full right and power to convey same, and that said Property is free and clear of all liens and encumbrances, except: (i) easements of record, (ii) restrictive covenants of record as to use and improvement of the property, (iii) applicable regulations imposed by the local Planning Commission, and (iv) governmental laws affecting the Property.

In care of address for property tax bill: **1137 Forrest St., Louisville, KY 40217**

This Deed may be executed in counterparts each of which, when so executed, shall be deemed an original and all of which taken together shall constitute one and the same document.

File No. KY-2023-17566-A

DEED Book 12759 Page 666

## CONSIDERATION CERTIFICATE

For purposes of KRS 382.135, Grantor and Grantee certify that the consideration reflected in this Deed of Conveyance is the full consideration paid and further state that the estimated fair cash value of the property is **$83,000.00**. Grantee join(s) here for the sole purpose of certifying the consideration.

In testimony, witness the signature(s) of Grantor:

**Human Housing Henrietta Hyatt LLC**

BY: *Elizabeth Zachem Woodward*

Elizabeth Zachem Woodward
Subchapter V. Trustee
IN RE: Human Housing Henrietta Hyatt LLC
Bankr. W.D.KY. Case No. 22-30060

Commonwealth of Kentucky        )
                                )
County of _Fayette_             )

The foregoing Deed of Conveyance and Consideration Certificate was subscribed, sworn to, and acknowledged before me on this _29_ day of _December_, 2023, by **Elizabeth Zachem Woodward,** Subchapter V Trustee, on behalf of **Human Housing Henrietta Hyatt LLC**.

Commission expires: _January 20, 2027_
Serial No.: _KYNP65374_                        Seal:

_Kelly_

Notary Public - State At Large

2

In testimony, witness the signature(s) of Grantee.

**IMPULSE LLC**

By: Jonathan Vanderford
Title: Member

Commonwealth of Kentucky            )
                                    )
County of Jefferson                 )

The foregoing Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 29th day of December, 2023, by **Jonathan Vanderford,** Member of **IMPULSE LLC,** on behalf of the company.

Commission expires: _____
Serial No.: _____                    Seal:

Notary Public - State At Large

**This instrument was prepared by:**

William B. Baustien (KBA No. 94381)
Millennial Title, LLC
Attorney-at-Law
130 St. Matthews Ave., Suite 300
Louisville, KY 40207
(502) 749-7409
beau@millennialtitle.com

## Millennial Title
### Real protection—for all time

millennialtitle.com

DEED Book 12759 Page 668

**EXHIBIT A**
**Legal Description**

BEGINNING at the Southeastwardly corner of Forest and Shelby Streets, thence Southeastwardly side of Forest Street 135 feet, 9 inches; thence Southwardly 50 feet, thence in a Northwestwardly direction 107 feet, 4 1\2 inches more or less to the East line of Shelby Street, thence Northwardly and binding on the East line of Shelby Street, 56 feet 6 1/2 inches to the point of beginning, being part of Lot No. 1, Block 1391, as shown on the Assessor's map of the City of Louisville, KY.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

IN RE:

| | | |
|---|---|---|
| | ⁞ | CHAPTER 11 |
| HUMAN HOUSING HENRIETTA HYATT, LLC | ⁞ | |
| | ⁞ | CASE NUMBER: 22-30060 |
| DEBTOR | ⁞ | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Elizabeth Zachem Woodward, CPA/CFF, CFE
> 250 W. Main Street, Suite 1400
> Lexington, KY, 40507
> (859) 425-7677
> ewoodward@deandorton.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: January 19, 2022

> Paul A. Randolph
> Acting United States Trustee
> Region 8, Districts of Kentucky and Tennessee
> U. S. Department of Justice
> 601 W. Broadway, Suite 512 Louisville, KY 40202
> Tel. (502) 582-6000 (222)

> By: /s/ Timothy Ruppel
> Timothy Ruppel
> Assistant U.S. Trustee
> Tim.Ruppel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:                                                         CASE NO.  22-30060
    **Human Housing Henrietta Hyatt, LLC**
    **Debtor**                                               CHAPTER 11

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter

V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11

U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation

for my service in this case at an hourly rate of $390, in addition to seeking reimbursement for any

actual and necessary expenses I incur.

Dated:  January 19, 2022                     /s/ Elizabeth Z. Woodward
                                     Elizabeth Zachem Woodward, CPA/CFF, CFE
                                     250 W. Main Street, Suite 1400
                                     Lexington, KY, 40507
                                     (859) 425-7677
                                     ewoodward@deandorton.com

1

DEED Book 12759 Page 671

Case 22-30060-acs    Doc 248-1    Filed 01/08/24    Entered 01/08/24 17:07:34    Page 9
                                        of 61
Case 22-30060-acs    Doc 199    Filed 11/29/23    Entered 11/29/23 12:40:12    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA | ) | |
| HYATT, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY
LOCATED AT *820 FORREST STREET*
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
CERTAIN ENCUMBRANCES PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RELATED RELIEF**

This matter having come before the Court on the Motion to Sell Real Property Located at

*820 Forrest Street* Free and Clear of Liens, Claims, Interests and Certain Encumbrances Pursuant

to Section 363(b) of the Bankruptcy Code and Related Relief (the "Motion") filed by Elizabeth Z.

Woodward, Chapter 11 Subchapter V trustee (the "Trustee"), by and through counsel, the Court

having conducted a hearing on the Motion on a court-approved expedited basis to consider the

Motion, and with court-approved expedited notice having been provided to the Debtor, the United

States Trustee and all creditors in accordance with Rule 6004(a) and in accordance with Rules

2002(a)(2), (c)(1) and (k); and the Court having reviewed and considered the Motion after

considering any objections in the record to the Motion and hearing from the parties-in-interest

attending the hearing on the Motion; and the Court being otherwise sufficiently advised;

IS HEREBY ORDERED that the Motion is GRANTED; and, is it furthered ORDERED

as follows:

1.    The Court authorizes and approves that certain Real Estate Sale and Purchase

Contract dated October 20, 2023 (the "Sale Agreement") by and between the Trustee (as seller)

and Impulse LLC, a Kentucky limited liability company (as buyer), which calls for the sale of

the real property located at 820 Forrest Street, Louisville, Kentucky 40217 as more particularly

described in the Sale Motion (the "Property") for the gross purchase price of $113,000.00 (the

"Sale Transaction") pursuant to the terms and conditions of the Sale Agreement that accompanied

the Sale Motion.

2.    The Court orders that the purchase and sale of the Property will be free and clear

of all known and unknown liens, claims, interests, and encumbrances; provided, however, that

the Property shall be sold subject to all easements, rights of way, covenants, restrictions, and all

other exceptions of record.  Otherwise, the Court orders that the sale of the Property shall

otherwise be "AS IS, WHERE IS, WITH ALL FAULTS".

3.    The Court authorizes the Trustee on behalf of the Debtor to execute any

documentation necessary to effectuate the sale of the Property, including the execution of a deed

as permitted under the Sale Agreement.

4.    The Court finds and orders that Section 363(f) of the Bankruptcy Code is

satisfied as it relates to the liens against the Property because the holder of each such interest will

be either paid in full or has agreed to the Sale Transaction.

5.    The Court authorizes and directs the person who conducts the closing of the Sale

Transaction to disburse the sale proceeds, net of closing costs properly allocated to the Trustee

as seller (including the sales commission and expense reimbursements for costs incurred by the

Debtor's real estate agent associated with the Sale Transaction, Howe Residential LLC, which

the Court is approving under a separate order) to the Trustee to be held by the Trustee pending

further distributions as may be authorized by this Court by a future order issued after proper

motion and notice and opportunity in accordance with the order of priority directed in the Debtor's confirmed chapter 11 Plan or otherwise directed by the Court. (*See* Doc Nos. 85 and 90).

6.     The Court finds, holds and orders that the buyer under the Sale Agreement is purchasing the Property in good faith based on the uncontested representation by the Trustee that the buyer under the Sale Agreement is a non-insider and independent third-party who is purchasing the Property in accordance with an arms-length real estate purchase transaction under the provisions of an industry-standard residential real estate contract and, as such, shall be afforded the protections of Section 363(m) of the Bankruptcy Code.

7.     The Court orders that the 14-day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Sale Transaction.

SO ORDERED.

Prepared and submitted by:

/s/ Andrew D. Stosberg
ANDREW D STOSBERG
GRAY ICE HIGDON, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE

Alan C. Stout
United States Bankruptcy Judge
Dated: November 29, 2023

**END OF DOCUMENT**



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Jefferson County Clerk's Office.

**INST # 2024000415**
**BATCH # 503996**
JEFFERSON CO, KY FEE $62.00
STATE OF KY DEED TAX $113.00
PRESENTED ON: 01-02-2024 4 01:49:30 PM
LODGED BY: simplifile
RECORDED: 01-02-2024 01:49:30 PM
BOBBIE HOLSCLAW
CLERK
BY: EVELYN MAYES
RECORDING CLERK
**BK: D 12759**
**PG: 405-414**

Return this instrument to:

Millennial Title, LLC
130 St. Matthews Ave., Suite 300
Louisville, KY 40207

## GENERAL WARRANTY DEED

This Deed of Conveyance is made and entered this 29ᵗʰ day of December, 2023, by and between, **Human Housing Henrietta Hyatt LLC**, a Kentucky Limited Liability Company, by Elizabeth Zachem Woodward as Subchapter V Trustee IN RE: Human Housing Henrietta Hyatt LLC Bankr. W.D.KY. Case No. 22-30060 (See Order of Appointment attached hereto), whose mailing address is 250 W. Main Street, Suite 1400, Lexington, KY 40507 ("Grantor") and **IMPULSE LLC**, a Kentucky Limited Liability Company, whose mailing address is 1137 Forrest St., Louisville, KY 40217 ("Grantee").

For and in consideration of the sum of **One Hundred Thirteen Thousand and 00/100 Dollars ($113,000.00)**, the receipt of which is acknowledged, Grantor hereby grant(s) and convey(s) to Grantee, in fee simple, with covenant of general warranty, all of their/its right, title and interest in and to the following described real property located in Jefferson County, Kentucky ("Property"):

See attached Exhibit "A" for legal description.

Being a portion of the same property conveyed to Human Housing Henrietta Hyatt, LLC, a Kentucky Limited Liability Company, by Deed dated December 04, 2017, of record in Deed Book 11055, Page 714, in the Office of the Clerk of the County Court Jefferson County, Kentucky.

THEREAFTER, on January 17, 2022, said Human Housing Henrietta Hyatt LLC filed a Voluntary Petition with the Bankruptcy Court for the Western District of Kentucky (IN RE: Human Housing Henrietta Hyatt LLC Case No. 22-30060). By Order of the Bankruptcy Court, the duly appointed Subchapter V Trustee was granted power and authority to transfer the above-described property. A copy of the Order is attached hereto.

The following property address and parcel ID are provided as an accommodation for informational purposes only.  No insurance is provided over same:

Property Address: 820 Forrest Street, Louisville, KY 40217
Parcel ID: 09024G00320000

Grantor covenant(s) that they are/it is lawfully seized of the Property conveyed, that they have/it has full right and power to convey same, and that said Property is free and clear of all liens and encumbrances, except: (i) easements of record, (ii) restrictive covenants of record as to use and improvement of the property, (iii) applicable regulations imposed by the local Planning Commission, and (iv) governmental laws affecting the Property.

In care of address for property tax bill: **1137 Forrest St., Louisville, KY 40217**

This Deed may be executed in counterparts each of which, when so executed, shall be deemed an original and all of which taken together shall constitute one and the same document.

File No. KY-2023-17566-B

DEED Book 12759 Page 407

## CONSIDERATION CERTIFICATE

For purposes of KRS 382.135, Grantor and Grantee certify that the consideration reflected in this Deed of Conveyance is the full consideration paid and further state that the estimated fair cash value of the property is **$113,000.00**. Grantee join(s) here for the sole purpose of certifying the consideration.

In testimony, witness the signature(s) of Grantor:

**Human Housing Henrietta Hyatt LLC**

BY: _Elizabeth Zachem Woodward_

Elizabeth Zachem Woodward
Subchapter V. Trustee
IN RE: Human Housing Henrietta Hyatt LLC
Bankr. W.D.KY. Case No. 22-30060

Commonwealth of Kentucky      )
                                             )
County of Fayette                       )

The foregoing Deed of Conveyance and Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 29 day of December, 2023, by **Elizabeth Zachem Woodward,** Subchapter V Trustee, on behalf of **Human Housing Henrietta Hyatt LLC.**

Commission expires: January 20, 2027
Serial No.: KYNP65374                                     Seal:

_Kelly_

Notary Public - State At Large

2

In testimony, witness the signature(s) of Grantee.

**IMPULSE LLC**

By: Jonathan Vanderford
Title: Member

Commonwealth of Kentucky          )
                                  )
County of Jefferson               )

    The foregoing Consideration Certificate was subscribed, sworn to, and acknowledged before me on this _29ᵗʰ_ day of _December_, 2023, by **Jonathan Vanderford,** Member of **IMPULSE LLC,** on behalf of the company.

    Commission expires: _____
    Serial No.: _____          Seal:

    Notary Public - State At Large

**This instrument was prepared by:**

William B. Baustien (KBA No. 94381)
Millennial Title, LLC
Attorney-at-Law
130 St. Matthews Ave., Suite 300
Louisville, KY 40207
(502) 749-7409
beau@millennialtitle.com

WILLIAM B. BAUSTIEN
MY COMMISSION EXPIRES
NOTARY PUBLIC
COMM. # KYNP22095
COMMONWEALTH OF KENTUCKY
JANUARY 22, 2025

# Millennial Title

Real protection—for all time

millennialtitle.com

3

**EXHIBIT A**
**Legal Description**

BEGINNING on the Southeastwardly side of Forrest Street at a point 135 feet 9 inches Southeastwardly from the Southeast corner of Shelby and Forrest Street, thence Southwardly with and binding on the Southwardly side of Forrest Street 94 feet 3 inches to a 20 foot alley, thence Southwestwardly along the Westward line of said alley 50 feet, Thence Northwestwardly and parallel with Forrest Street 94 feet 3 inches to the East line of the lot heretofore conveyed by B.J. Johnson & Sons Company to Goldie G. Hammonds, by deed recorded in Deed Book 1110, Page 304, in the office of the Clerk of the County Court, of Jefferson County, Kentucky. Thence Northeastwardly along said line, and binding thereon 50 feet to the Southwardly side of Forrest Street to the point beginning and being all the unsold portion of property heretofore conveyed to said B.J. Johnson & Sons Company by Deed recorded in Deed Book 985, Page 103, in the office of the Clerk aforesaid, known as Lot No. 1, in Block 1391, of the city Assessor's Map, said deed is dated July 21, 1921.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

*Filed Electronically*

|  |  |  |
|---|---|---|
| IN RE: | ⁞ | CHAPTER 11 |
| HUMAN HOUSING HENRIETTA HYATT, LLC | ⁞ | |
|  | ⁞ | CASE NUMBER: 22-30060 |
| DEBTOR | ⁞ | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Elizabeth Zachem Woodward, CPA/CFF, CFE
> 250 W. Main Street, Suite 1400
> Lexington, KY, 40507
> (859) 425-7677
> ewoodward@deandorton.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: January 19, 2022

Paul A. Randolph
Acting United States Trustee
Region 8, Districts of Kentucky and Tennessee
U. S. Department of Justice
601 W. Broadway, Suite 512 Louisville, KY 40202
Tel. (502) 582-6000 (222)

By: /s/ Timothy Ruppel
Timothy Ruppel
Assistant U.S. Trustee
Tim.Ruppel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:                                              CASE NO.  22-30060
    **Human Housing Henrietta Hyatt, LLC**
    **Debtor**                                    **CHAPTER 11**


**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

    In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

    Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $390, in addition to seeking reimbursement for any actual and necessary expenses I incur.


Dated:  January 19, 2022          /s/ Elizabeth Z. Woodward
                             Elizabeth Zachem Woodward, CPA/CFF, CFE
                             250 W. Main Street, Suite 1400
                             Lexington, KY, 40507
                             (859) 425-7677
                             ewoodward@deandorton.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA | ) | |
| HYATT, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| _____ | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY
LOCATED AT *820 FORREST STREET*
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
CERTAIN ENCUMBRANCES PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RELATED RELIEF**

This matter having come before the Court on the Motion to Sell Real Property Located at

*820 Forrest Street* Free and Clear of Liens, Claims, Interests and Certain Encumbrances Pursuant

to Section 363(b) of the Bankruptcy Code and Related Relief (the "Motion") filed by Elizabeth Z.

Woodward, Chapter 11 Subchapter V trustee (the "Trustee"), by and through counsel, the Court

having conducted a hearing on the Motion on a court-approved expedited basis to consider the

Motion, and with court-approved expedited notice having been provided to the Debtor, the United

States Trustee and all creditors in accordance with Rule 6004(a) and in accordance with Rules

2002(a)(2), (c)(1) and (k); and the Court having reviewed and considered the Motion after

considering any objections in the record to the Motion and hearing from the parties-in-interest

attending the hearing on the Motion; and the Court being otherwise sufficiently advised;

IS HEREBY ORDERED that the Motion is GRANTED; and, is it furthered ORDERED

as follows:

1.      The Court authorizes and approves that certain Real Estate Sale and Purchase

Contract dated October 20, 2023 (the "Sale Agreement") by and between the Trustee (as seller) and Impulse LLC, a Kentucky limited liability company (as buyer), which calls for the sale of the real property located at 820 Forrest Street, Louisville, Kentucky 40217 as more particularly described in the Sale Motion (the "Property") for the gross purchase price of $113,000.00 (the "Sale Transaction") pursuant to the terms and conditions of the Sale Agreement that accompanied the Sale Motion.

2.      The Court orders that the purchase and sale of the Property will be free and clear of all known and unknown liens, claims, interests, and encumbrances; provided, however, that the Property shall be sold subject to all easements, rights of way, covenants, restrictions, and all other exceptions of record.  Otherwise, the Court orders that the sale of the Property shall otherwise be "AS IS, WHERE IS, WITH ALL FAULTS".

3.      The Court authorizes the Trustee on behalf of the Debtor to execute any documentation necessary to effectuate the sale of the Property, including the execution of a deed as permitted under the Sale Agreement.

4.      The Court finds and orders that Section 363(f) of the Bankruptcy Code is satisfied as it relates to the liens against the Property because the holder of each such interest will be either paid in full or has agreed to the Sale Transaction.

5.      The Court authorizes and directs the person who conducts the closing of the Sale Transaction to disburse the sale proceeds, net of closing costs properly allocated to the Trustee as seller (including the sales commission and expense reimbursements for costs incurred by the Debtor's real estate agent associated with the Sale Transaction, Howe Residential LLC, which the Court is approving under a separate order) to the Trustee to be held by the Trustee pending further distributions as may be authorized by this Court by a future order issued after proper

motion and notice and opportunity in accordance with the order of priority directed in the Debtor's confirmed chapter 11 Plan or otherwise directed by the Court. (*See* Doc Nos. 85 and 90).

6.      The Court finds, holds and orders that the buyer under the Sale Agreement is purchasing the Property in good faith based on the uncontested representation by the Trustee that the buyer under the Sale Agreement is a non-insider and independent third-party who is purchasing the Property in accordance with an arms-length real estate purchase transaction under the provisions of an industry-standard residential real estate contract and, as such, shall be afforded the protections of Section 363(m) of the Bankruptcy Code.

7.      The Court orders that the 14-day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Sale Transaction.

SO ORDERED.

Prepared and submitted by:

/s/ Andrew D. Stosberg
ANDREW D STOSBERG
GRAY ICE HIGDON, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE

Alan C. Stout
United States Bankruptcy Judge

Dated: November 29, 2023

**END OF DOCUMENT**



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Jefferson County Clerk's Office.

**INST # 2024000715**
**BATCH # 504071**
JEFFERSON CO, KY FEE $62.00
STATE OF KY DEED TAX $100.00
PRESENTED ON: 01-03-2024 4 08:07:30 AM
LODGED BY: simplifile
RECORDED: 01-03-2024 08:07:30 AM
BOBBIE HOLSCLAW
CLERK
BY: TINK BROWN
INDEXING SUPERVISOR
**BK: D 12759**
**PG: 683-692**

DEED Book 12759 Page 684

Return this instrument to:

Millennial Title, LLC
130 St. Matthews Ave., Suite 300
Louisville, KY 40207

## GENERAL WARRANTY DEED

This Deed of Conveyance is made and entered this 29th day of December, 2023, by and between, **Human Housing Henrietta Hyatt LLC**, a Kentucky Limited Liability Company, by Elizabeth Zachem Woodward as Subchapter V Trustee IN RE: Human Housing Henrietta Hyatt LLC Bankr. W.D.KY. Case No. 22-30060 (See Order of Appointment attached hereto), whose mailing address is 250 W. Main Street, Suite 1400, Lexington, KY 40507 ("Grantor") and **IMPULSE LLC**, a Kentucky Limited Liability Company, whose mailing address is 1137 Forrest St., Louisville, KY 40217 ("Grantee").

For and in consideration of the sum of **One Hundred Thousand and 00/100 Dollars ($100,000.00)**, the receipt of which is acknowledged, Grantor hereby grant(s) and convey(s) to Grantee, in fee simple, with covenant of general warranty, all of their/its right, title and interest in and to the following described real property located in Jefferson County, Kentucky ("Property"):

See attached Exhibit "A" for legal description.

Being a portion of the same property conveyed to Human Housing Henrietta Hyatt, LLC, a Kentucky Limited Liability Company, by Deed dated December 04, 2017, of record in Deed Book 11055, Page 714, in the Office of the Clerk of the County Court Jefferson County, Kentucky.

THEREAFTER, on January 17, 2022, said Human Housing Henrietta Hyatt LLC filed a Voluntary Petition with the Bankruptcy Court for the Western District of Kentucky (IN RE: Human Housing Henrietta Hyatt LLC Case No. 22-30060). By Order of the Bankruptcy Court, the duly appointed Subchapter V Trustee was granted power and authority to transfer the above-described property. A copy of the Order is attached hereto.

The following property address and parcel ID are provided as an accommodation for informational purposes only.  No insurance is provided over same:

Property Address: 825 Forrest Street, Louisville, KY 40217
Parcel ID: 09024G00740000

&

Property Address: 827 Forrest Street, Louisville, KY 40217
Parcel ID: 09024G00750000

Grantor covenant(s) that they are/it is lawfully seized of the Property conveyed, that they have/it has full right and power to convey same, and that said Property is free and clear of all liens and encumbrances, except: (i) easements of record, (ii) restrictive covenants of record as to use and improvement of the property, (iii) applicable regulations imposed by the local Planning Commission, and (iv) governmental laws affecting the Property.

File No. KY-2023-17566-C

In care of address for property tax bill: **1137 Forrest St., Louisville, KY 40217**

This Deed may be executed in counterparts each of which, when so executed, shall be deemed an original and all of which taken together shall constitute one and the same document.

**CONSIDERATION CERTIFICATE**

For purposes of KRS 382.135, Grantor and Grantee certify that the consideration reflected in this Deed of Conveyance is the full consideration paid and further state that the estimated fair cash value of the property is **$100,000.00**. Grantee join(s) here for the sole purpose of certifying the consideration.

In testimony, witness the signature(s) of Grantor:

**Human Housing Henrietta Hyatt LLC**

BY: _Elizabeth Zachem Woodward_

Elizabeth Zachem Woodward
Subchapter V. Trustee
IN RE: Human Housing Henrietta Hyatt LLC
Bankr. W.D.KY. Case No. 22-30060

Commonwealth of Kentucky      )
                                                     )
County of _Fayette_              )

The foregoing Deed of Conveyance and Consideration Certificate was subscribed, sworn to, and acknowledged before me on this _22_ day of _December_ , 2023, by **Elizabeth Zachem Woodward,** Subchapter V Trustee, on behalf of **Human Housing Henrietta Hyatt LLC**.

Commission expires: _January 20, 2027_
Serial No.: _KYNP 65374_                              Seal:

_Kelly Hel_
Notary Public - State At Large

KELLY MARTIN HENDERSON
MY COMMISSION EXPIRES
NOTARY
PUBLIC
COMM. # KYNP65374
JANUARY 20, 2027
COMMONWEALTH OF KENTUCKY

2

DEED Book 12759 Page 686

In testimony, witness the signature(s) of Grantee.

**IMPULSE LLC**

By: Jonathan Vanderford
Title: Member

Commonwealth of Kentucky        )
                                )
County of Jefferson             )

    The foregoing Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 29th day of December, 2023, by **Jonathan Vanderford,** Member of **IMPULSE LLC,** on behalf of the company.

    Commission expires: _____
    Serial No.: _____        Seal:

        Notary Public - State At Large

**This instrument was prepared by:**

William B. Baustien (KBA No. 94381)
Millennial Title, LLC
Attorney-at-Law
130 St. Matthews Ave., Suite 300
Louisville, KY 40207
(502) 749-7409
beau@millennialtitle.com

## Millennial Title
Real protection—for all time

millennialtitle.com

DEED Book 12759 Page 687

**EXHIBIT A**
**Legal Description**

TRACT #1: 825 Forrest Street, Louisville, KY 40217

Lot 57, as shown on plat. of Merriwether's Addition as filed in Case No. 22110, Louisville Chancery Court, styled Weissinger - vs. - Rudd.

TRACT #2: 827 Forrest Street, Louisville, KY 40217

BEING Lot 56, as shown on plat filed in Suite No. 22110, Louisville Chancery Court, styled Merriwether vs. Weissenger & Rudd, more particularly described as follows: BEGINNING on the Northeast side of Forrest Street 120 feet Northwest of Hoertz Street, thence Northwestwardly with the Northeast line of Forrest Street 30 feet, and extending back Northeastwardly between lines parallel with Hoertz Street, 136 feet to an alley.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

IN RE:

|                               |     |                          |
|-------------------------------|-----|--------------------------|
| HUMAN HOUSING HENRIETTA HYATT, LLC |  ⁞  | CHAPTER 11               |
|                               |  ⁞  |                          |
|                               |  ⁞  | CASE NUMBER: 22-30060    |
|            DEBTOR             |  ⁞  |                          |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Elizabeth Zachem Woodward, CPA/CFF, CFE
> 250 W. Main Street, Suite 1400
> Lexington, KY, 40507
> (859) 425-7677
> ewoodward@deandorton.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: January 19, 2022

Paul A. Randolph
Acting United States Trustee
Region 8, Districts of Kentucky and Tennessee
U. S. Department of Justice
601 W. Broadway, Suite 512 Louisville, KY 40202
Tel. (502) 582-6000 (222)

By: /s/ Timothy Ruppel
Timothy Ruppel
Assistant U.S. Trustee
Tim.Ruppel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:                                                CASE NO.  22-30060
    **Human Housing Henrietta Hyatt, LLC**
    Debtor                                            CHAPTER 11


### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter

V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11

U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation

for my service in this case at an hourly rate of $390, in addition to seeking reimbursement for any

actual and necessary expenses I incur.


Dated:  January 19, 2022                    /s/ Elizabeth Z. Woodward
                                            Elizabeth Zachem Woodward, CPA/CFF, CFE
                                            250 W. Main Street, Suite 1400
                                            Lexington, KY, 40507
                                            (859) 425-7677
                                            ewoodward@deandorton.com


1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA | ) | |
| HYATT, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY
LOCATED AT *825 FORREST STREET*
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
CERTAIN ENCUMBRANCES PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RELATED RELIEF**

This matter having come before the Court on the Motion to Sell Real Property Located at *825 Forrest Street* Free and Clear of Liens, Claims, Interests and Certain Encumbrances Pursuant to Section 363(b) of the Bankruptcy Code and Related Relief (the "Motion") filed by Elizabeth Z. Woodward, Chapter 11 Subchapter V trustee (the "Trustee"), by and through counsel, the Court having conducted a hearing on the Motion on a court-approved expedited basis to consider the Motion, and with court-approved expedited notice having been provided to the Debtor, the United States Trustee and all creditors in accordance with Rule 6004(a) and in accordance with Rules 2002(a)(2), (c)(1) and (k); and the Court having reviewed and considered the Motion after considering any objections in the record to the Motion and hearing from the parties-in-interest attending the hearing on the Motion; and the Court being otherwise sufficiently advised;

IS HEREBY ORDERED that the Motion is GRANTED; and, is it furthered ORDERED as follows:

1.      The Court authorizes and approves that certain Real Estate Sale and Purchase

Contract dated October 20, 2023 (the "Sale Agreement") by and between the Trustee (as seller) and Impulse LLC, a Kentucky limited liability company (as buyer), which calls for the sale of the real property located at 825 Forrest Street, Louisville, Kentucky 40217 as more particularly described in the Sale Motion (the "Property") for the gross purchase price of $100,000.00 (the "Sale Transaction") pursuant to the terms and conditions of the Sale Agreement that accompanied the Sale Motion.

2.      The Court orders that the purchase and sale of the Property will be free and clear of all known and unknown liens, claims, interests, and encumbrances; provided, however, that the Property shall be sold subject to all easements, rights of way, covenants, restrictions, and all other exceptions of record.  Otherwise, the Court orders that the sale of the Property shall otherwise be "AS IS, WHERE IS, WITH ALL FAULTS".

3.      The Court authorizes the Trustee on behalf of the Debtor to execute any documentation necessary to effectuate the sale of the Property, including the execution of a deed as permitted under the Sale Agreement.

4.      The Court finds and orders that Section 363(f) of the Bankruptcy Code is satisfied as it relates to the liens against the Property because the holder of each such interest will be either paid in full or has agreed to the Sale Transaction.

5.      The Court authorizes and directs the person who conducts the closing of the Sale Transaction to disburse the sale proceeds, net of closing costs properly allocated to the Trustee as seller (including the sales commission and expense reimbursements for costs incurred by the Debtor's real estate agent associated with the Sale Transaction, Howe Residential LLC, which the Court is approving under a separate order) to the Trustee to be held by the Trustee pending further distributions as may be authorized by this Court by a future order issued after proper

motion and notice and opportunity in accordance with the order of priority directed in the Debtor's confirmed chapter 11 Plan or otherwise directed by the Court. (*See* Doc Nos. 85 and 90).

6.      The Court finds, holds and orders that the buyer under the Sale Agreement is purchasing the Property in good faith based on the uncontested representation by the Trustee that the buyer under the Sale Agreement is a non-insider and independent third-party who is purchasing the Property in accordance with an arms-length real estate purchase transaction under the provisions of an industry-standard residential real estate contract and, as such, shall be afforded the protections of Section 363(m) of the Bankruptcy Code.

7.      The Court orders that the 14-day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Sale Transaction.

SO ORDERED.

Prepared and submitted by:

/s/ Andrew D. Stosberg
ANDREW D STOSBERG
GRAY ICE HIGDON, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE

Alan C. Stout
United States Bankruptcy Judge
Dated: November 29, 2023

**END OF DOCUMENT**



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Jefferson County Clerk's Office.

**INST # 2024000698**
**BATCH # 504060**
JEFFERSON CO, KY FEE $62.00
STATE OF KY DEED TAX $132.00
PRESENTED ON: 01-03-2024 4 08:06:30 AM
LODGED BY: simplifile
RECORDED: 01-03-2024 08:06:30 AM
BOBBIE HOLSCLAW
CLERK
BY: ROXANN MCGAUGHEY
RECORDING CLERK

**BK: D 12759**
**PG: 608-617**

DEED Book 12759 Page 609

Return this instrument to:

Millennial Title, LLC
130 St. Matthews Ave., Suite 300
Louisville, KY 40207

## GENERAL WARRANTY DEED

This Deed of Conveyance is made and entered this 29ᵗʰ day of December, 2023, by and between, **Human Housing Henrietta Hyatt LLC**, a Kentucky Limited Liability Company, by Elizabeth Zachem Woodward as Subchapter V Trustee IN RE: Human Housing Henrietta Hyatt LLC Bankr. W.D.KY. Case No. 22-30060 (See Order of Appointment attached hereto), whose mailing address is 250 W. Main Street, Suite 1400, Lexington, KY 40507 ("Grantor") and **IMPULSE LLC**, a Kentucky Limited Liability Company, whose mailing address is 1137 Forrest St., Louisville, KY 40217 ("Grantee").

For and in consideration of the sum of **One Hundred Thirty-Two Thousand and 00/100 Dollars ($132,000.00)**, the receipt of which is acknowledged, Grantor hereby grant(s) and convey(s) to Grantee, in fee simple, with covenant of general warranty, all of their/its right, title and interest in and to the following described real property located in Jefferson County, Kentucky ("Property"):

See attached Exhibit "A" for legal description.

Being a portion of the same property conveyed to Human Housing Henrietta Hyatt, LLC, a Kentucky Limited Liability Company, by Deed dated December 04, 2017, of record in Deed Book 11055, Page 714, in the Office of the Clerk of the County Court Jefferson County, Kentucky.

THEREAFTER, on January 17, 2022, said Human Housing Henrietta Hyatt LLC filed a Voluntary Petition with the Bankruptcy Court for the Western District of Kentucky (IN RE: Human Housing Henrietta Hyatt LLC Case No. 22-30060). By Order of the Bankruptcy Court, the duly appointed Subchapter V Trustee was granted power and authority to transfer the above-described property. A copy of the Order is attached hereto.

The following property address and parcel ID are provided as an accommodation for informational purposes only.  No insurance is provided over same:

Property Address: 1007 Forrest Street, Louisville, KY 40217
Parcel ID: 09-024G-0093-0000

Grantor covenant(s) that they are/it is lawfully seized of the Property conveyed, that they have/it has full right and power to convey same, and that said Property is free and clear of all liens and encumbrances, except: (i) easements of record, (ii) restrictive covenants of record as to use and improvement of the property, (iii) applicable regulations imposed by the local Planning Commission, and (iv) governmental laws affecting the Property.

In care of address for property tax bill: **1137 Forrest St., Louisville, KY 40217**

This Deed may be executed in counterparts each of which, when so executed, shall be deemed an original and all of which taken together shall constitute one and the same document.

File No. KY-2023-17566-D

DEED  Book  12759  Page  610

**CONSIDERATION CERTIFICATE**

For purposes of KRS 382.135, Grantor and Grantee certify that the consideration reflected in this Deed of Conveyance is the full consideration paid and further state that the estimated fair cash value of the property is $**132,000.00**. Grantee join(s) here for the sole purpose of certifying the consideration.

In testimony, witness the signature(s) of Grantor:

**Human Housing Henrietta Hyatt LLC**

BY: _Elizabeth Zachem Woodward_

Elizabeth Zachem Woodward
Subchapter V. Trustee
IN RE: Human Housing Henrietta Hyatt LLC
Bankr. W.D.KY. Case No. 22-30060

Commonwealth of Kentucky          )
                                  )
County of _Fayette_               )

The foregoing Deed of Conveyance and Consideration Certificate was subscribed, sworn to, and acknowledged before me on this _29_ day of _December_, 2023, by **Elizabeth Zachem Woodward,** Subchapter V Trustee, on behalf of **Human Housing Henrietta Hyatt LLC**.

Commission expires: _January 20, 2027_
Serial No.: _KYNP65374_                                    Seal:

_Kelly_
Notary Public - State At Large

2

In testimony, witness the signature(s) of Grantee.

**IMPULSE LLC**

By: Jonathan Vanderford
Title: Member

Commonwealth of Kentucky         )
                                 )
County of Jefferson              )

       The foregoing Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 29th day of December, 2023, by **Jonathan Vanderford,** Member of **IMPULSE LLC,** on behalf of the company.

Commission expires: _____
Serial No.: _____                    Seal:

Notary Public - State At Large

**This instrument was prepared by:**

William B. Baustien (KBA No. 94381)
Millennial Title, LLC
Attorney-at-Law
130 St. Matthews Ave., Suite 300
Louisville, KY 40207
(502) 749-7409
beau@millennialtitle.com

## Millennial Title

Real protection—for all time

millennialtitle.com

3

DEED Book 12759 Page 612

**EXHIBIT A**
**Legal Description**

BEING Lot 51 and .laid down on the plat of Meriwether's Addition, as filed in Case #22110, Louisville Chancery Court, styled Weissinger v. Rudd.

DEED Book 12759 Page 613
Case 22-30060-acs    Doc 248-1    Filed 01/08/24    Entered 01/08/24 17:07:34    Page 37 of 61
Case 22-30060-acs    Doc 3    Filed 01/19/22    Entered 01/19/22 15:41:23    Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

IN RE:

HUMAN HOUSING HENRIETTA
HYATT, LLC

⁝                   CHAPTER 11

⁝                   CASE NUMBER: 22-30060

DEBTOR

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Elizabeth Zachem Woodward, CPA/CFF, CFE
> 250 W. Main Street, Suite 1400
> Lexington, KY, 40507
> (859) 425-7677
> ewoodward@deandorton.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: January 19, 2022

Paul A. Randolph
Acting United States Trustee
Region 8, Districts of Kentucky and Tennessee
U. S. Department of Justice
601 W. Broadway, Suite 512 Louisville, KY 40202
Tel. (502) 582-6000 (222)

By: /s/ Timothy Ruppel
Timothy Ruppel
Assistant U.S. Trustee
Tim.Ruppel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:                                                    CASE NO.  22-30060
    **Human Housing Henrietta Hyatt, LLC**
    **Debtor**                                        **CHAPTER 11**

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

    In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

    Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $390, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated:  January 19, 2022          /s/ Elizabeth Z. Woodward
                          Elizabeth Zachem Woodward, CPA/CFF, CFE
                          250 W. Main Street, Suite 1400
                          Lexington, KY, 40507
                          (859) 425-7677
                          ewoodward@deandorton.com

1

DEED Book 12759 Page 615

Case 22-30060-acs    Doc 248-1    Filed 01/08/24    Entered 01/08/24 17:07:34    Page 39
Case 22-30060-acs    Doc 196    Filed 11/29/23    Entered 11/29/23 12:36:24    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA | ) | |
| HYATT, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| _____ | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY
LOCATED AT *1007 FORREST STREET*
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
CERTAIN ENCUMBRANCES PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RELATED RELIEF**

This matter having come before the Court on the Motion to Sell Real Property Located at

*1007 Forrest Street* Free and Clear of Liens, Claims, Interests and Certain Encumbrances Pursuant

to Section 363(b) of the Bankruptcy Code and Related Relief (the "Motion") filed by Elizabeth Z.

Woodward, Chapter 11 Subchapter V trustee (the "Trustee"), by and through counsel, the Court

having conducted a hearing on the Motion on a court-approved expedited basis to consider the

Motion, and with court-approved expedited notice having been provided to the Debtor, the United

States Trustee and all creditors in accordance with Rule 6004(a) and in accordance with Rules

2002(a)(2), (c)(1) and (k); and the Court having reviewed and considered the Motion after

considering any objections in the record to the Motion and hearing from the parties-in-interest

attending the hearing on the Motion; and the Court being otherwise sufficiently advised;

IS HEREBY ORDERED that the Motion is GRANTED; and, is it furthered ORDERED

as follows:

1.      The Court authorizes and approves that certain Real Estate Sale and Purchase

Contract dated October 20, 2023 (the "Sale Agreement") by and between the Trustee (as seller) and Impulse LLC, a Kentucky limited liability company (as buyer), which calls for the sale of the real property located at 825 Forrest Street, Louisville, Kentucky 40217 as more particularly described in the Sale Motion (the "Property") for the gross purchase price of $132,000.00 (the "Sale Transaction") pursuant to the terms and conditions of the Sale Agreement that accompanied the Sale Motion.

2.    The Court orders that the purchase and sale of the Property will be free and clear of all known and unknown liens, claims, interests, and encumbrances; provided, however, that the Property shall be sold subject to all easements, rights of way, covenants, restrictions, and all other exceptions of record.   Otherwise, the Court orders that the sale of the Property shall otherwise be "AS IS, WHERE IS, WITH ALL FAULTS".

3.    The Court authorizes the Trustee on behalf of the Debtor to execute any documentation necessary to effectuate the sale of the Property, including the execution of a deed as permitted under the Sale Agreement.

4.    The Court finds and orders that Section 363(f) of the Bankruptcy Code is satisfied as it relates to the liens against the Property because the holder of each such interest will be either paid in full or has agreed to the Sale Transaction.

5.    The Court authorizes and directs the person who conducts the closing of the Sale Transaction to disburse the sale proceeds, net of closing costs properly allocated to the Trustee as seller (including the sales commission and expense reimbursements for costs incurred by the Debtor's real estate agent associated with the Sale Transaction, Howe Residential LLC, which the Court is approving under a separate order) to the Trustee to be held by the Trustee pending further distributions as may be authorized by this Court by a future order issued after proper

DEED Book 12759 Page 617

Case 22-30060-acs    Doc 248-1    Filed 01/08/24    Entered 01/08/24 17:07:34    Page 41
Case 22-30060-acs    Doc 196    Filed 11/29/23    Entered 11/29/23 12:36:24    Page 3 of 3
of 61

motion and notice and opportunity in accordance with the order of priority directed in the Debtor's confirmed chapter 11 Plan or otherwise directed by the Court. (*See* Doc Nos. 85 and 90).

6.    The Court finds, holds and orders that the buyer under the Sale Agreement is purchasing the Property in good faith based on the uncontested representation by the Trustee that the buyer under the Sale Agreement is a non-insider and independent third-party who is purchasing the Property in accordance with an arms-length real estate purchase transaction under the provisions of an industry-standard residential real estate contract and, as such, shall be afforded the protections of Section 363(m) of the Bankruptcy Code.

7.    The Court orders that the 14-day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Sale Transaction.

SO ORDERED.

Prepared and submitted by:

/s/ Andrew D. Stosberg
ANDREW D STOSBERG
GRAY ICE HIGDON, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE

Alan C. Stout
United States Bankruptcy Judge
Dated: November 29, 2023

**END OF DOCUMENT**

DEED Book 12755 Page 18



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Jefferson County Clerk's Office.

**INST # 2023252187**
**BATCH # 502865**
JEFFERSON CO, KY FEE $62.00
STATE OF KY DEED TAX $192.00
PRESENTED ON: 12-27-2023 3 08:13:30 AM
LODGED BY: simplifile
RECORDED: 12-27-2023 08:13:30 AM
BOBBIE HOLSCLAW
CLERK
BY: TERESA WELCH
RECORDING CLERK
**BK: D 12755**
**PG: 18-27**

DEED Book 12755 Page 19

Return this instrument to:

Millennial Title, LLC
130 St. Matthews Ave., Suite 300
Louisville, KY 40207

## GENERAL WARRANTY DEED

This Deed of Conveyance is made and entered this 21st day of December, 2023, by and between, **Human Housing Henrietta Hyatt LLC**, a Kentucky Limited Liability Company, by Elizabeth Zachem Woodward as Subchapter V Trustee IN RE: Human Housing Henrietta Hyatt LLC Bankr. W.D.KY. Case No. 22-30060 (See Order of Appointment attached hereto), whose mailing address is 250 W. Main Street, Suite 1400, Lexington, KY 40507 ("Grantor") and **IMPULSE LLC**, a Kentucky Limited Liability Company, whose mailing address is 1137 Forrest St., Louisville, KY 40217 ("Grantee").

For and in consideration of the sum of **One Hundred Ninety-Two Thousand and 00/100 Dollars ($192,000.00)**, the receipt of which is acknowledged, Grantor hereby grant(s) and convey(s) to Grantee, in fee simple, with covenant of general warranty, all of their/its right, title and interest in and to the following described real property located in Jefferson County, Kentucky ("Property"):

See attached Exhibit "A" for legal description.

Being a portion of the same property conveyed to Human Housing Henrietta Hyatt, LLC, a Kentucky Limited Liability Company, by Deed dated December 04, 2017, of record in Deed Book 11055, Page 714, in the Office of the Clerk of the County Court Jefferson County, Kentucky.

THEREAFTER, on January 17, 2022, said Human Housing Henrietta Hyatt LLC filed a Voluntary Petition with the Bankruptcy Court for the Western District of Kentucky (IN RE: Human Housing Henrietta Hyatt LLC Case No. 22-30060). By Order of the Bankruptcy Court, the duly appointed Subchapter V Trustee was granted power and authority to transfer the above-described property. A copy of the Order is attached hereto.

The following property address and parcel ID are provided as an accommodation for informational purposes only. No insurance is provided over same.

Property Address: 1447 Clay Street / 701 E. Hill Street, Louisville, KY 40217
Parcel ID: 09024B00490000

Grantor covenant(s) that they are/it is lawfully seized of the Property conveyed, that they have/it has full right and power to convey same, and that said Property is free and clear of all liens and encumbrances, except: (i) easements of record, (ii) restrictive covenants of record as to use and improvement of the property, (iii) applicable regulations imposed by the local Planning Commission, and (iv) governmental laws affecting the Property.

In care of address for property tax bill: **1137 Forrest St., Louisville, KY 40217**

This Deed may be executed in counterparts each of which, when so executed, shall be deemed an original and all of which taken together shall constitute one and the same document.

File No. KY-2023-17567-A

DEED Book 12755 Page 20

## CONSIDERATION CERTIFICATE

For purposes of KRS 382.135, Grantor and Grantee certify that the consideration reflected in this Deed of Conveyance is the full consideration paid and further state that the estimated fair cash value of the property is **$192,000.00**. Grantee join(s) here for the sole purpose of certifying the consideration.

In testimony, witness the signature(s) of Grantor:

**Human Housing Henrietta Hyatt LLC**

BY: _[signature]_

Elizabeth Zachem Woodward
Subchapter V. Trustee
IN RE: Human Housing Henrietta Hyatt LLC
Bankr. W.D.KY. Case No. 22-30060

| | |
|---|---|
| Commonwealth of Kentucky | ) |
| | ) |
| County of Fayette | ) |

The foregoing Deed of Conveyance and Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 21 day of December , 2023, by **Elizabeth Zachem Woodward**, Subchapter V Trustee, on behalf of **Human Housing Henrietta Hyatt LLC**.

Commission expires: 1/20/2027
Serial No.: KYNP 65374                        Seal:

_[signature]_
Notary Public - State At Large

_[Notary seal: KELLY MARTIN HENDERSON, MY COMMISSION EXPIRES, NOTARY PUBLIC, COMM. # KYNP65374, JANUARY 20, 2027, COMMONWEALTH OF KENTUCKY]_

2

DEED Book 12755 Page 21

In testimony, witness the signature(s) of Grantee.

**IMPULSE LLC**

By: Jonathan Vanderford
Title: Sole Member

Commonwealth of Kentucky )
)
County of Jefferson )

     The foregoing Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 22ⁿᵈ day of _December_ , 2023, by **Jonathan Vanderford**, Sole Member of **IMPULSE LLC**, on behalf of the company.

     Commission expires: 1/22/25
     Serial No.: KYNP: 22095       Seal:

     Notary Public - State At Large

**This instrument was prepared by:**

William B. Baustien (KBA No. 94381)
Millennial Title, LLC
Attorney-at-Law
130 St. Matthews Ave., Suite 300
Louisville, KY 40207
(502) 749-7409
beau@millennialtitle.com

**Millennial Title**
Real protection—for all time
millennialtitle.com

3

DEED Book 12755 Page 22

**EXHIBIT A**
**Legal Description**

BEGINNING at the Northeast corner of Hill and Clay Streets, running thence Eastwardly along the North side of Hill Street 30 feet and extending back Northwardly of that width throughout the Western line of said lot binding on the Eastern side of Clay Street 200 feet to an alley, and being Lot No. 17, Block 10, Thos. S. Kennedy's Southside Addition, a plat of which is recorded in Deed Book 447, page 640, in the office of the County Clerk of Jefferson County, Kentucky.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

IN RE:                                                         CHAPTER 11

HUMAN HOUSING HENRIETTA
HYATT, LLC

                                                 CASE NUMBER: 22-30060
                         DEBTOR

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the

following qualified individual as Subchapter V trustee in the above-captioned case:

> Elizabeth Zachem Woodward, CPA/CFF, CFE
> 250 W. Main Street, Suite 1400
> Lexington, KY, 40507
> (859) 425-7677
> ewoodward@deandorton.com

The trustee's verified statement of disinterestedness and anticipated rate of

compensation is attached to this notice.

Dated: January 19, 2022        Paul A. Randolph
                               Acting United States Trustee
                               Region 8, Districts of Kentucky and Tennessee
                               U. S. Department of Justice
                               601 W. Broadway, Suite 512 Louisville, KY
                               40202
                               Tel. (502) 582-6000 (222)

                               By: /s/ Timothy Ruppel
                                   Timothy Ruppel
                                   Assistant U.S. Trustee
                                   Tim.Ruppel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:                                                          CASE NO.  22-30060
    **Human Housing Henrietta Hyatt, LLC**
    **Debtor**                                               **CHAPTER 11**

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

    In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

    Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $390, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated:  January 19, 2022          /s/ Elizabeth Z. Woodward
                              Elizabeth Zachem Woodward, CPA/CFF, CFE
                              250 W. Main Street, Suite 1400
                              Lexington, KY, 40507
                              (859) 425-7677
                              ewoodward@deandorton.com

1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA | ) | |
| HYATT, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY
LOCATED AT 1447 CLAY STREET / 701 E. HILL STREET
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
CERTAIN ENCUMBRANCES PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RELATED RELIEF**

This matter having come before the Court on the Motion to Sell Real Property Located at

*1447 Clay Street / 701 E. Hill Street* Free and Clear of Liens, Claims, Interests and Certain

Encumbrances Pursuant to Section 363(b) of the Bankruptcy Code and Related Relief (the

"Motion") filed by Elizabeth Z. Woodward, Chapter 11 Subchapter V trustee (the "Trustee"), by

and through counsel, the Court having conducted a hearing on the Motion on a court-approved

expedited basis to consider the Motion, and with court-approved expedited notice having been

provided to the Debtor, the United States Trustee and all creditors in accordance with Rule 6004(a)

and in accordance with Rules 2002(a)(2), (c)(1) and (k); and the Court having reviewed and

considered the Motion after considering any objections in the record to the Motion and hearing

from the parties-in-interest attending the hearing on the Motion; and the Court being otherwise

sufficiently advised;

IS HEREBY ORDERED that the Motion is GRANTED; and, is it furthered ORDERED

as follows:

1.     The Court authorizes and approves that certain Real Estate Sale and Purchase Contract dated October 20, 2023 (the "Sale Agreement") by and between the Trustee (as seller) and Impulse LLC, a Kentucky limited liability company (as buyer), which calls for the sale of the real property located at 825 Forrest Street, Louisville, Kentucky 40217 as more particularly described in the Sale Motion (the "Property") for the gross purchase price of $192,000.00 (the "Sale Transaction") pursuant to the terms and conditions of the Sale Agreement that accompanied the Sale Motion.

2.     The Court orders that the purchase and sale of the Property will be free and clear of all known and unknown liens, claims, interests, and encumbrances; provided, however, that the Property shall be sold subject to all easements, rights of way, covenants, restrictions, and all other exceptions of record.  Otherwise, the Court orders that the sale of the Property shall otherwise be "AS IS, WHERE IS, WITH ALL FAULTS".

3.     The Court authorizes the Trustee on behalf of the Debtor to execute any documentation necessary to effectuate the sale of the Property, including the execution of a deed as permitted under the Sale Agreement.

4.     The Court finds and orders that Section 363(f) of the Bankruptcy Code is satisfied as it relates to the liens against the Property because the holder of each such interest will be either paid in full or has agreed to the Sale Transaction.

5.     The Court authorizes and directs the person who conducts the closing of the Sale Transaction to disburse the sale proceeds, net of closing costs properly allocated to the Trustee as seller (including the sales commission and expense reimbursements for costs incurred by the Debtor's real estate agent associated with the Sale Transaction, Howe Residential LLC, which the Court is approving under a separate order) to the Trustee to be held by the Trustee pending

further distributions as may be authorized by this Court by a future order issued after proper motion and notice and opportunity in accordance with the order of priority directed in the Debtor's confirmed chapter 11 Plan or otherwise directed by the Court. (*See* Doc Nos. 85 and 90).

       6.      The Court finds, holds and orders that the buyer under the Sale Agreement is purchasing the Property in good faith based on the uncontested representation by the Trustee that the buyer under the Sale Agreement is a non-insider and independent third-party who is purchasing the Property in accordance with an arms-length real estate purchase transaction under the provisions of an industry-standard residential real estate contract and, as such, shall be afforded the protections of Section 363(m) of the Bankruptcy Code.

       7.      The Court orders that the 14-day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Sale Transaction.

SO ORDERED.

Prepared and submitted by:

/s/ Andrew D. Stosberg
ANDREW D STOSBERG
GRAY ICE HIGDON, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE

Alan C. Stout
United States Bankruptcy Judge

Dated: November 29, 2023

**END OF DOCUMENT**



# Bobbie Holsclaw

## Jefferson County Clerk's Office

As evidenced by the instrument number shown below, this document
has been recorded as a permanent record in the archives of the
Jefferson County Clerk's Office.



**INST # 2023252416**
**BATCH # 502915**
JEFFERSON CO, KY FEE $62.00
STATE OF KY DEED TAX $105.00
PRESENTED ON: 12-27-2023 3 08:23:30 AM
LODGED BY: simplifile
RECORDED: 12-27-2023 08:23:30 AM
BOBBIE HOLSCLAW
CLERK
BY: RAY BENSON
LEGAL RECORDS
**BK: D 12755**
**PG: 139-148**

527 W Jefferson St ~ Louisville, KY 40202  (502) 574-5700
Website: www.jeffersoncountyclerk.org | Email: countyclerk@jeffersoncountyclerk.org

DEED Book 12755 Page 140

Return this instrument to:

Millennial Title, LLC
130 St. Matthews Ave., Suite 300
Louisville, KY 40207

## GENERAL WARRANTY DEED

This Deed of Conveyance is made and entered this 21ˢᵗ day of December, 2023, by and between, **Human Housing Henrietta Hyatt LLC**, a Kentucky Limited Liability Company, by Elizabeth Zachem Woodward as Subchapter V Trustee IN RE: Human Housing Henrietta Hyatt LLC Bankr. W.D.KY. Case No. 22-30060 (See Order of Appointment attached hereto), whose mailing address is 250 W. Main Street, Suite 1400, Lexington, KY 40507 ("Grantor") and **IMPULSE LLC**, a Kentucky Limited Liability Company, whose mailing address is 1137 Forrest St., Louisville, KY 40217 ("Grantee").

For and in consideration of the sum of **One Hundred Five Thousand and 00/100 Dollars ($105,000.00)**, the receipt of which is acknowledged, Grantor hereby grant(s) and convey(s) to Grantee, in fee simple, with covenant of general warranty, all of their/its right, title and interest in and to the following described real property located in Jefferson County, Kentucky ("Property"):

See attached Exhibit "A" for legal description.

Being a portion of the same property conveyed to Human Housing Henrietta Hyatt, LLC, a Kentucky Limited Liability Company, by Deed dated December 04, 2017, of record in Deed Book 11055, Page 714, in the Office of the Clerk of the County Court Jefferson County, Kentucky.

THEREAFTER, on January 17, 2022, said Human Housing Henrietta Hyatt LLC filed a Voluntary Petition with the Bankruptcy Court for the Western District of Kentucky (IN RE: Human Housing Henrietta Hyatt LLC Case No. 22-30060). By Order of the Bankruptcy Court, the duly appointed Subchapter V Trustee was granted power and authority to transfer the above-described property. A copy of the Order is attached hereto.

The following property address and parcel ID are provided as an accommodation for informational purposes only.  No insurance is provided over same:

Property Address: 819 Forrest Street/819 R Forrest Street, Louisville, KY 40217
Parcel ID: 09024G00710000

Grantor covenant(s) that they are/it is lawfully seized of the Property conveyed, that they have/it has full right and power to convey same, and that said Property is free and clear of all liens and encumbrances, except: (i) easements of record, (ii) restrictive covenants of record as to use and improvement of the property, (iii) applicable regulations imposed by the local Planning Commission, and (iv) governmental laws affecting the Property.

In care of address for property tax bill: **1137 Forrest St., Louisville, KY 40217**

This Deed may be executed in counterparts each of which, when so executed, shall be deemed an original and all of which taken together shall constitute one and the same document.

File No. KY-2023-17567-C

## CONSIDERATION CERTIFICATE

For purposes of KRS 382.135, Grantor and Grantee certify that the consideration reflected in this Deed of Conveyance is the full consideration paid and further state that the estimated fair cash value of the property is **$105,000.00**. Grantee join(s) here for the sole purpose of certifying the consideration.

In testimony, witness the signature(s) of Grantor:

**Human Housing Henrietta Hyatt LLC**

BY: _____

Elizabeth Zachem Woodward
Subchapter V. Trustee
IN RE: Human Housing Henrietta Hyatt LLC
Bankr. W.D.KY. Case No. 22-30060

Commonwealth of Kentucky      )
                             )
County of Fayette            )

The foregoing Deed of Conveyance and Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 21 day of December , 2023, by **Elizabeth Zachem Woodward,** Subchapter V Trustee, on behalf of **Human Housing Henrietta Hyatt LLC**.

Commission expires: 1/20/2027
Serial No.: KYNP65374                          Seal:

_____
Notary Public - State At Large

2

In testimony, witness the signature(s) of Grantee.

**IMPULSE LLC**

By: Jonathan Vanderford
Title: Sole Member

Commonwealth of Kentucky      )
                              )
County of Jefferson           )

The foregoing Consideration Certificate was subscribed, sworn to, and acknowledged before me on this 22ⁿᵈ day of _December_ , 2023, by **Jonathan Vanderford,** Sole Member of **IMPULSE LLC,** on behalf of the company.

Commission expires: _1 / 22 / 25_
Serial No.: _KYNP: 22095_
                                                    Seal:

Notary Public - State At Large

**This instrument was prepared by:**

William B. Baustien (KBA No. 94381)
Millennial Title, LLC
Attorney-at-Law
130 St. Matthews Ave., Suite 300
Louisville, KY 40207
(502) 749-7409
beau@millennialtitle.com

# Millennial Title

Real protection—for all time

millennialtitle.com

3

**DEED Book 12755 Page 143**

## EXHIBIT A
### Legal Description

A lot and all improvements situated on the North side of Forrest Street at the Northeast corner of a 20-foot alley running between Hoertz Avenue and Shelby Street; running thence along the Northwardly side of Forrest Street 354 feet; and extending back North Eastwardly between the East line of said alley and a line parallel thereto 136 feet to the said 15 foot alley, being a lot described or designated as Lot 60 on the said plat herein above described and filed in Action No. 22110 in the Louisville Chancery Court.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

IN RE:

| | |
|---|---|
| HUMAN HOUSING HENRIETTA HYATT, LLC | CHAPTER 11 |
| | CASE NUMBER: 22-30060 |
| DEBTOR | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Elizabeth Zachem Woodward, CPA/CFF, CFE
> 250 W. Main Street, Suite 1400
> Lexington, KY, 40507
> (859) 425-7677
> ewoodward@deandorton.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: January 19, 2022

Paul A. Randolph
Acting United States Trustee
Region 8, Districts of Kentucky and Tennessee
U. S. Department of Justice
601 W. Broadway, Suite 512 Louisville, KY 40202
Tel. (502) 582-6000 (222)


By: /s/ Timothy Ruppel
     Timothy Ruppel
     Assistant U.S. Trustee
     Tim.Ruppel@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:                                           CASE NO.  22-30060
    **Human Housing Henrietta Hyatt, LLC**
    **Debtor**                                   **CHAPTER 11**


**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $390, in addition to seeking reimbursement for any actual and necessary expenses I incur.


Dated:  January 19, 2022        /s/ Elizabeth Z. Woodward
                                        Elizabeth Zachem Woodward, CPA/CFF, CFE
                                        250 W. Main Street, Suite 1400
                                        Lexington, KY, 40507
                                        (859) 425-7677
                                        ewoodward@deandorton.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30060 |
| | ) | |
| HUMAN HOUSING HENRIETTA | ) | |
| HYATT, LLC | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | Judge Alan C. Stout |
| | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY
LOCATED AT *819 FORREST STREET / 819 R FORREST STREET*
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
CERTAIN ENCUMBRANCES PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RELATED RELIEF**

This matter having come before the Court on the Motion to Sell Real Property Located at

*819 Forrest Street / 819 R Forrest Street* Free and Clear of Liens, Claims, Interests and Certain

Encumbrances Pursuant to Section 363(b) of the Bankruptcy Code and Related Relief (the

"Motion") filed by Elizabeth Z. Woodward, Chapter 11 Subchapter V trustee (the "Trustee"), by

and through counsel, the Court having conducted a hearing on the Motion on a court-approved

expedited basis to consider the Motion, and with court-approved expedited notice having been

provided to the Debtor, the United States Trustee and all creditors in accordance with Rule 6004(a)

and in accordance with Rules 2002(a)(2), (c)(1) and (k); and the Court having reviewed and

considered the Motion after considering any objections in the record to the Motion and hearing

from the parties-in-interest attending the hearing on the Motion; and the Court being otherwise

sufficiently advised;

IS HEREBY ORDERED that the Motion is GRANTED; and, is it furthered ORDERED

as follows:

1.       The Court authorizes and approves that certain Real Estate Sale and Purchase Contract dated October 20, 2023 (the "Sale Agreement") by and between the Trustee (as seller) and Impulse LLC, a Kentucky limited liability company (as buyer), which calls for the sale of the real property located at 825 Forrest Street, Louisville, Kentucky 40217 as more particularly described in the Sale Motion (the "Property") for the gross purchase price of $105,000.00 (the "Sale Transaction") pursuant to the terms and conditions of the Sale Agreement that accompanied the Sale Motion.

2.       The Court orders that the purchase and sale of the Property will be free and clear of all known and unknown liens, claims, interests, and encumbrances; provided, however, that the Property shall be sold subject to all easements, rights of way, covenants, restrictions, and all other exceptions of record.  Otherwise, the Court orders that the sale of the Property shall otherwise be "AS IS, WHERE IS, WITH ALL FAULTS".

3.       The Court authorizes the Trustee on behalf of the Debtor to execute any documentation necessary to effectuate the sale of the Property, including the execution of a deed as permitted under the Sale Agreement.

4.       The Court finds and orders that Section 363(f) of the Bankruptcy Code is satisfied as it relates to the liens against the Property because the holder of each such interest will be either paid in full or has agreed to the Sale Transaction.

5.       The Court authorizes and directs the person who conducts the closing of the Sale Transaction to disburse the sale proceeds, net of closing costs properly allocated to the Trustee as seller (including the sales commission and expense reimbursements for costs incurred by the Debtor's real estate agent associated with the Sale Transaction, Howe Residential LLC, which the Court is approving under a separate order) to the Trustee to be held by the Trustee pending

further distributions as may be authorized by this Court by a future order issued after proper motion and notice and opportunity in accordance with the order of priority directed in the Debtor's confirmed chapter 11 Plan or otherwise directed by the Court. (*See* Doc Nos. 85 and 90).

6.      The Court finds, holds and orders that the buyer under the Sale Agreement is purchasing the Property in good faith based on the uncontested representation by the Trustee that the buyer under the Sale Agreement is a non-insider and independent third-party who is purchasing the Property in accordance with an arms-length real estate purchase transaction under the provisions of an industry-standard residential real estate contract and, as such, shall be afforded the protections of Section 363(m) of the Bankruptcy Code.

7.      The Court orders that the 14-day stay provided for in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order and the Sale Transaction.

SO ORDERED.

Prepared and submitted by:

/s/ Andrew D. Stosberg
ANDREW D STOSBERG
GRAY ICE HIGDON, PLLC
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 625-2734
Facsimile: (502) 561-0442
astosberg@grayice.com
COUNSEL FOR THE TRUSTEE

Alan C. Stout
United States Bankruptcy Judge
Dated: November 29, 2023

**END OF DOCUMENT**